# EXHIBIT B

UNITED STATES OF AMERICA

STATE OF GEORGIA

COUNTY OF FULTON

MEETING OF THE ELECTORAL COLLEGE OF GEORGIA

RE GEORGIA'S ELECTORAL VOTES

FOR

PRESIDENT and VICE PRESIDENT

OF THE

UNITED STATES

* * *

CERTIFIED COPY

December 14, 2020

12:05 p.m.

Georgia State Capitol

206 Washington Street

Room 216

Atlanta, Georgia 30334

Anne Hansen, RPR, CCR #2711

Videographer, Ben Jones

A P P E A R A N C E S

Representing the 2020 Electors for the State of Georgia:

Chairman David Shafer

Joseph Brannan

James "Ken" Carroll

Vikki Townsend Consiglio

Carolyn Hall Fisher

Honorable Burt Jones

Gloria Kay Godwin

David G. Hanna

Mark W. Hennessy

Mark Amick

John Downey

Cathleen Alston Latham

Daryl Moody

Brad Carver

Representing President Donald J. Trump:

Ray S. Smith, III, ESQ.

Smith & Liss, LLC

Five Concourse Parkway, Suite 2600

Atlanta, Georgia 30328

(404)760-6000

PROCEEDINGS

CHAIRMAN SHAFER: My name is David Shafer. I'm the chairman of the Georgia Republican Party. And the hour of noon having arrived, it's my privilege to call to order this meeting of the Republican nominees for the Electoral College from the State of Georgia.

The President has filed a contest to the certified returns. That contest has -- is pending. It's not been decided or even heard by any judge with the authority to hear it. And so in order to preserve his rights, it's important that the Republican nominees for Presidential Elector meet here today and cast their votes.

From my observation, 13 of the 16 nominees are present. The first order of business is for the electors who are present to fill the three vacancies for those who are not present.

Is there a motion to elect Mark Amick, Brad Carver, and Burt Jones as Substitute Presidential Electors?

MS. FISHER: I so move.

JOSEPH BRANNAN: Second.

CHAIRMAN SHAFER: It's been moved and seconded that Mark Amick, Brad Carver, and Burt Jones be elected Substitute Presidential Electors.

Is there any discussion on that motion?

The Chair hears no discussion, and the motion will be put to a vote.

All those in favor signify so by saying "Aye."

Those opposed "No."

The "Ayes" have it. The motion carries. And we now have a full slate of 16 Presidential Electors.

I will pause for a moment and say that Pat Garland, one of our Presidential Electors, his wife died last week, and he is taking care of his family. And our hearts are -- obviously all go out to him.

We will suspend for a moment while the paperwork is prepared to reflect the new slate of Presidential Electors, and then we will conduct the balloting. So this meeting is suspended momentarily.

(Recess 12:07-12:11 p.m.)

CHAIRMAN SHAFER: All right. Is there any objection to Carolyn Fisher serving as the secretary of this meeting?

The Chair hears no objection, and Carolyn Fisher is now the secretary of this meeting.

Now, Secretary, if you would call the roll of the Presidential -- Presidential Electors.

MS. FISHER: Joseph Brannan.

MR. BRANNAN: Here.

MS. FISHER: Ken Carroll.

MR. CARROLL: Here.

MS. FISHER: Vikki Consiglio.

MS. CONSIGLIO: Here.

MS. FISHER: Carolyn Fisher.

Kay Godwin.

MS. GODWIN: Here.

MS. FISHER: David Hanna.

MR. HANNA: Here.

MS. FISHER: Mark Hennessy.

MR. HENNESSY: Here.

MS. FISHER: John Isakson.

CHAIRMAN SHAFER: No. I'm sorry. He was replaced. He was substituted.

MS. FISHER: Sorry.

Cathy Latham.

MS. LATHAM: Here.

MS. FISHER: Daryl Moody.

MR. MOODY: Here.

MS. FISHER: David Shafer.

MR. SHAFER: Here.

MS. FISHER: Shawn Still.

MR. STILL: Here.

MS. FISHER: Chandra Yadav.

MR. YADAV: Here.

MS. FISHER: Mark Amick.

MR. AMICK: Here.

MS. FISHER: Brad Carver.

MR. CARVER: Here.

MS. FISHER: Burt Jones.

MR. JONES: Here.

MS. FISHER: And Frank -- what's that?

CHAIRMAN SHAFER: I'm sorry.

Oh. Can I confer with you for just a moment, please?

MR. SMITH: Yes.

CHAIRMAN SHAFER: Okay. So there is -- we will need to elect one more.

Robert, do you need me to elect one more?

One of our -- one of our presidential electors has -- is no longer eligible because he registered to vote in another state to further his college studies.

Is there a motion to elect John Matt Downey as a substitute presidential elector?

MS. FISHER: I so move.

MS. LATHAM: Second.

CHAIRMAN SHAFER: It's been moved and seconded that John Downey be elected as a substitute

presidential elector. All those -- is there any discussion on that motion?

The Chair hears no discussion and will put the motion to a vote.

All those in favor signify so by saying "Aye."

Those opposed "No."

The "Ayes" have it. The motion carries, and John Downey is a -- now a Presidential -- Republican Candidate for Presidential Elector. And he is present.

MR. DOWNEY: Yes, sir.

CHAIRMAN SHAFER: And -- and so all 16 are present. And we will conduct the voting momentarily.

Ray Smith is a lawyer for President Trump. Do you wish to make any comments at this time?

MR. SMITH: Yes. We're -- we're conducting this as -- as Chairman Shafer said, we're conducting this because the contest of the election in Georgia is ongoing. And so we continue to contest the election of the electors in Georgia. And so we're going to conduct this in accordance with the Constitution of the United States, and we're going to conduct the electorate today similar to what happened in 1960 in Hawaii.

CHAIRMAN SHAFER: And if we did not hold this meeting, then our election contest would effectively be abandoned; is --

MR. SMITH: That's correct.

CHAIRMAN SHAFER: -- that not correct?

MR. SMITH: That's correct.

CHAIRMAN SHAFER: And so the only way for us to have any judge consider the merits of our complaint, the thousands of people who we allege voted unlawfully, is for us to have this meeting and permit the contest to continue; is that not correct?

MR. SMITH: That's correct. That's correct, Mr. Chairman.

MR. SINNERS: Chairman Shafer --

CHAIRMAN SHAFER: Yes, sir.

MR. SINNERS: -- I have John A. Isakson as an original elector being replaced by John Downey.

CHAIRMAN SHAFER: That's correct.

MR. SINNERS: Patrick Garland, Mark -- being replaced by Mark Amick.

CHAIRMAN SHAFER: That's correct.

MR. SINNERS: C.J. Pearson being replaced by Honorable Burt Jones, and Susan Holmes being replaced by Brad Carver.

CHAIRMAN SHAFER: That's -- that's fine.

Yes. And they all 16 are present. And you've got the paperwork ready?

MR. SINNERS: Yes, sir.

CHAIRMAN SHAFER: So if you would -- do you know these people by sight or probably not?

MR. SINNERS: Yes.

CHAIRMAN SHAFER: So how are you going to distribute the --

MR. SINNERS: The ballots?

CHAIRMAN SHAFER: Yeah.

MR. SINNERS: One at a time individually today to cast their ballot.

CHAIRMAN SHAFER: So why don't we . . .

Okay. I want to thank Carolyn Fisher for her service as the secretary of the meeting.

Because the documents have been prepared with Shawn Still listed as the secretary of the meeting -- of the meeting, I would like to avoid reprinting the documents, that there would be a motion to thank Carolyn Fisher for her service and to elect Shawn Still as the proper secretary of the meeting. Is there --

MR. CARROLL: So moved.

CHAIRMAN FISHER: And is there a second?

MS. LATHAM: Second.

CHAIRMAN SHAFER: Is there any discussion on that motion? No discussion.

All those in favor signify so by saying "Aye."

Those opposed "No."

The "Ayes" have it. The motion carries. Shawn Still is elected to Permanent Secretary of this meeting.

MR. STILL: Mr. Chairman, I'd like to take a moment to thank Carolyn for her hard work in this role, and I appreciate all that you've done.

MS. FISHER: Thank you.

CHAIRMAN SHAFER: Shawn, if you would come forward and sign these documents electing the substitute electors so we can move next to the vote.

All right. So the certificates have been executed. Are we prepared now to vote?

MR. SINNERS: Yes, we are.

CHAIRMAN SHAFER: Are the ballots individual?

MR. SINNERS: Yes.

CHAIRMAN SHAFER: So do you want me to -- do you want to call out the name and have that person raise their hand and maybe --

MR. SINNERS: Come up to sign.

CHAIRMAN SHAFER: Huh?

MR. SINNERS: Come up to sign.

CHAIRMAN SHAFER: Okay. So call the name. And then if the elector would come forward and complete the ballot and sign. So why don't you call the name.

MR. SINNERS: Joseph Brannan.

James Ken Carroll.

Vikki Consiglio.

Carolyn Fisher.

Kay Godwin.

David Hanna.

Mark Hennessy.

Mark Amick.

Brad Carver.

The Honorable Burt Jones.

Cathy Latham.

John Downey.

Chairman David Shafer.

Shawn Still.

Chandra Yadav.

CHAIRMAN SHAFER: Did you call Daryl Moody?

MR. SINNERS: Daryl Moody.

16 votes.

CHAIRMAN SHAFER: Do we have 16 votes cast?

MR. SINNERS: 16 have been cast for Vice

President Pence. And 16 have been cast for President Trump. Congratulations.

CHAIRMAN SHAFER: Is there any other business to come before this meeting?

Hearing none, the chair declares this meeting of the Republican Nominees for the Electoral College.

Are you trying to get my attention?

MR. SINNERS: Yes. We must complete some paperwork in private to certify.

CHAIRMAN SHAFER: Okay. So we'll adjourn this meeting. And then if the electors would remain behind for a few minutes for us to complete the paperwork.

But hearing nothing else, this meeting of the electors is hereby adjourned.

(The meeting adjourned at 12:31 p.m.)

CERTIFICATE

STATE OF GEORGIA )

)

COUNTY OF HENRY )

I hereby certify that the foregoing meeting was taken down, as stated in the caption, and was reduced to typewriting under my direction; that the foregoing transcript is a true and correct record of evidence given.

The above certification is expressly withdrawn and denied upon the disassembly or photocopying of the foregoing transcript, unless said disassembly or photocopying is done under the auspices of AHReporting, Certified Court Reporters, and the signatures and original seal is attached thereto.

I further certify that I am not a relative, employee, attorney of any present, nor am I financially interested in the outcome of this meeting.

This, the 18th day of December, 2020.

Anne Hansen, RPR, CCR #2711

Commission expires 3/31/2021

D I S C L O S U R E

STATE OF GEORGIA )

)

COUNTY OF HENRY )

Pursuant to Article 10.B of the Rules and Regulations of the Board of Court Reporting of the Judicial Council of Georgia, I make the following disclosure:

I am a Georgia Certified Court Reporter here as a representative of AHReporting to report the foregoing matter.

AHReporting is not taking this meeting under any contract that is prohibited by O.C.G.A Sec. 9-11-28 (c).

AHReporting will be charging its usual and customary rates for this transcript.

**Exhibits**

**Exhibit 1**

**1**

**12:07-12:11** 4:17
**13** 3:14
**16** 3:14 4:8 7:13 9:1
**1960** 7:24

**A**

**abandoned** 8:3
**accordance** 7:22
**allege** 8:9
**Amick** 3:18,24 6:2,3 8:20
**arrived** 3:4
**authority** 3:10
**avoid** 9:18
**Aye** 4:5 7:6 10:4
**Ayes** 4:7 7:8 10:6

**B**

**ballot** 9:12
**balloting** 4:16
**ballots** 9:9 10:19
**Brad** 3:18,24 6:4 8:24
**Brannan** 3:22 4:25 5:1
**Burt** 3:19,24 6:6 8:23
**business** 3:15

**C**

**C.J.** 8:22
**call** 3:5 4:23 10:22
**Candidate** 7:10
**care** 4:11
**Carolyn** 4:19,21 5:6 9:14,20 10:10
**carries** 4:7 7:8 10:6
**Carroll** 5:2,3 9:23
**Carver** 3:19,24 6:4,5 8:24
**cast** 3:13 9:12
**Cathy** 5:17
**certificates** 10:16
**certified** 3:8
**Chair** 4:2,21 7:3
**chairman** 3:2,3,23 4:18 5:14 6:9,13,24 7:13,18 8:1,5,7,13,14,15,18,21, 25 9:4,7,10,13,24 10:1, 9,13,19,21,25
**Chandra** 5:25
**college** 3:6 6:19
**comments** 7:16
**complaint** 8:9
**conduct** 4:15 7:14,22, 23
**conducting** 7:17,18
**confer** 6:10
**Consiglio** 5:4,5
**Constitution** 7:22
**contest** 3:7,8 7:19,20 8:2,11
**continue** 7:20 8:11
**correct** 8:4,5,6,11,12, 18,21

**D**

**Daryl** 5:19
**David** 3:2 5:9,21
**decided** 3:9
**died** 4:11
**discussion** 4:1,2 7:2,3 10:1,2
**distribute** 9:8
**documents** 9:16,19 10:14
**Downey** 6:20,25 7:9,12 8:17

**E**

**effectively** 8:2
**elect** 3:18 6:14,15,20 9:20
**elected** 3:25 6:25 10:7
**electing** 10:14
**election** 7:19,20 8:2
**elector** 3:12 6:21 7:1, 10 8:17
**Electoral** 3:6
**electorate** 7:24
**electors** 3:16,20,25 4:8,10,15,24 6:17 7:21 10:15
**eligible** 6:17
**executed** 10:17

**F**

**family** 4:11
**favor** 4:4 7:5 10:3
**filed** 3:7
**fill** 3:16
**fine** 8:25
**Fisher** 3:21 4:19,22,25 5:2,4,6,9,11,13,16,19, 21,23,25 6:2,4,6,8,22 9:14,20,24 10:12
**forward** 10:14
**Frank** 6:8
**full** 4:8

**G**

**Garland** 4:10 8:19
**Georgia** 3:3,6 7:19,21
**Godwin** 5:7,8

**H**

**hand** 10:23
**Hanna** 5:9,10
**happened** 7:24
**hard** 10:10
**Hawaii** 7:25
**hear** 3:10
**heard** 3:9
**hears** 4:2,21 7:3
**hearts** 4:12
**Hennessy** 5:11,12
**hold** 8:1
**Holmes** 8:23
**Honorable** 8:23
**hour** 3:4

**I**

**important** 3:11
**individual** 10:19
**individually** 9:11
**Isakson** 5:13 8:16

**J**

**John** 5:13 6:20,25 7:9 8:16,17
**Jones** 3:19,24 6:6,7 8:23
**Joseph** 3:22 4:25
**judge** 3:9 8:8

**K**

**Kay** 5:7
**Ken** 5:2

**L**

**Latham** 5:17,18 6:23 9:25
**lawyer** 7:15
**listed** 9:17
**longer** 6:17

**M**

**make** 7:16
**Mark** 3:18,24 5:11 6:2 8:19,20
**Matt** 6:20
**meet** 3:12
**meeting** 3:5 4:16,20,22 8:2,10 9:15,17,18,21 10:8
**merits** 8:8
**moment** 4:9,13 6:10 10:10
**momentarily** 4:16 7:14
**Moody** 5:19,20
**motion** 3:18 4:1,2,7 6:20 7:2,4,8 9:19 10:2,6
**move** 3:21 6:22 10:15
**moved** 3:23 6:24 9:23

**N**

**nominees** 3:5,12,14
**noon** 3:4

**O**

**objection** 4:19,21
**observation** 3:14
**ongoing** 7:20
**opposed** 4:6 7:7 10:5
**order** 3:5,10,15
**original** 8:17

**P**

**p.m.** 4:17
**paperwork** 4:14 9:2
**Party** 3:3
**Pat** 4:9
**Patrick** 8:19
**pause** 4:9
**Pearson** 8:22
**pending** 3:8
**people** 8:9 9:5
**Permanent** 10:7
**permit** 8:10
**person** 10:22
**prepared** 4:14 9:16 10:17
**present** 3:15,16,17 7:11,14 9:1
**preserve** 3:10
**President** 3:7 7:15
**presidential** 3:12,19, 25 4:8,10,15,24 6:16,21 7:1,9,10
**privilege** 3:4
**PROCEEDINGS** 3:1
**proper** 9:21
**put** 4:3 7:3

**R**

**raise** 10:23
**Ray** 7:15
**ready** 9:2
**recess** 4:17
**reflect** 4:14
**registered** 6:18
**replaced** 5:15 8:17,20, 22,23
**reprinting** 9:18
**Republican** 3:3,5,11 7:9
**returns** 3:8
**rights** 3:11
**Robert** 6:15
**role** 10:11
**roll** 4:23

**S**

**seconded** 3:24 6:25
**secretary** 4:19,22,23 9:15,17,21 10:7
**service** 9:15,20
**serving** 4:19
**Shafer** 3:2,23 4:18 5:14,21,22 6:9,13,24 7:13,18 8:1,5,7,14,15, 18,21,25 9:4,7,10,13 10:1,13,19,21,25
**Shawn** 5:23 9:17,20 10:7,13
**sight** 9:5
**sign** 10:14,24
**signify** 4:4 7:5 10:3
**similar** 7:24
**SINNERS** 8:14,16,19, 22 9:3,6,9,11 10:18,20, 24
**sir** 7:12 8:15 9:3
**slate** 4:8,14
**Smith** 6:12 7:15,17 8:4, 6,12
**state** 3:6 6:18
**States** 7:23
**studies** 6:19
**substitute** 3:19,25 6:21,25 10:15
**substituted** 5:15
**Susan** 8:23
**suspend** 4:13
**suspended** 4:16

**T**

**taking** 4:11
**thousands** 8:9
**time** 7:16 9:11
**today** 3:12 7:24 9:12
**Trump** 7:15

**U**

**United** 7:23
**unlawfully** 8:10

**V**

**vacancies** 3:16
**Vikki** 5:4
**vote** 4:3 6:18 7:4 10:15, 17
**voted** 8:9
**votes** 3:13
**voting** 7:14

**W**

**week** 4:11
**wife** 4:10
**work** 10:10

**Y**

**Yadav** 5:25 6:1