AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| THE STATE OF GEORGIA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-03792 |
| SHAWN MICHAH TRESHER STILL | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE STATE OF GEORGIA.

Date: 08/26/2023

/s/ John W. "Will" Wooten
*Attorney's signature*

John W. "Will" Wooten
*Printed name and bar number*
Office of the Fulton County District Attorney
136 Pryor Street SW 3rd Floor
Atlanta GA 30303

*Address*

will.wooten@fultoncountyga.gov
*E-mail address*

(404) 612-6560
*Telephone number*

*FAX number*