# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| THE STATE OF GEORGIA | ) | |
| | ) | CRIMINAL CASE NO. |
| Plaintiff, | ) | |
| | ) | 1:23-cv-03792-SCJ |
| v. | ) | |
| | ) | **(Removed from the Superior** |
| SHAWN STILL, | ) | **Court of Fulton County,** |
| | ) | **Criminal Action File No.** |
| Defendant. | ) | **23SC188947)** |
| | ) | |

## CORRECTED NOTICE OF LEAVE OF ABSENCE

COMES NOW, Thomas D. Bever and files this Notice of Leave of Absence, respectfully requesting a leave of absence pursuant to Local Rule 83.1E(3) in the above-referenced matter. The undersigned will be out of the office for personal vacation on the following dates August 28, 2023 through September 4, 2023 and October 11-13, 2023.

I hereby request that the Court not schedule any court appearances on these dates.

Respectfully submitted this 28th day of August, 2023.

/s/ *Thomas D. Bever*
Thomas D. Bever
Georgia Bar No. 055874

SMITH, GAMBRELL & RUSSELL, LLP
1105 West Peachtree Street NE, Suite 1000
Atlanta, Georgia 30309
Phone: (404) 815-3500
tbever@sgrlaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served opposing counsel with a true and correct copy of the foregoing CORRECTED LEAVE OF ABSENCE by electronically filing via the Court CM/ECF e-filing platform. Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF-registered parties. Parties may access this filing through the Court's CM/ECF system

This 28th day of August, 2023.

/s/ Thomas D. Bever
Thomas D. Bever
Georgia Bar No. 055874