AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| THE STATE OF GEORGIA<br>*Plaintiff*<br>v.<br>SHAWN STILL<br>*Defendant* | )<br>)<br>)  Case No. 1:23-CV-03792-SCJ<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE STATE OF GEORGIA.

Date: 8/30/2023

/s/ Anna Green Cross
*Attorney's signature*

Anna Green Cross GA Bar 306674
*Printed name and bar number*

Office of the Fulton County District Attorney
136 Pryor Street SW Third Floor
Atlanta, GA 30303
*Address*

anna@crosskincaid.com
*E-mail address*

(404) 948-3022
*Telephone number*

*FAX number*