AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| THE STATE OF GEORGIA )<br>*Plaintiff* )<br>v. )<br>SHAWN MICAH TRESHER STILL )<br>*Defendant* ) | Case No.   1:23-CV-03792-SCJ |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE STATE OF GEORGIA                                                                                                          .

Date:   09/01/2023                                                                /s/ John E. Floyd
                                                                                            *Attorney's signature*

                                                                                    John E. Floyd Ga Bar No. 266413
                                                                                        *Printed name and bar number*
                                                                                    1201 W. Peachtree St., NW, Suite 3900
                                                                                         Atlanta, Georgia 30309

                                                                                                    *Address*

                                                                                            floyd@bmelaw.com
                                                                                                *E-mail address*

                                                                                               (404) 881-4100
                                                                                              *Telephone number*


                                                                                                *FAX number*