# EXHIBIT 1



# *Certificate of Ascertainment*

On November 3, 2020, the following sixteen people were appointed Electors of President and Vice President of the United States for the State of Georgia, each receiving 2,474,507 votes:

Stacey Yvonne Abrams
Gloria S. Butler
Wendy Davis
Bobby L. Fuse, Jr.
Deborah Gonzalez
Steve Henson
Van R. Johnson
Pedro "Pete" Marin
Fenika Thomas Miller
Ben E. Myers, Jr.
Rachel Paule
Calvin Smyre
Bob Trammell, Jr.
Sachin Varghese
Nikema Williams
Cathy Woolard

The following electors received 2,461,837 votes:

Joseph Brannan
James "Ken" Carroll
Vikki Townsend Consiglio
Carolyn Hall Fisher
Patrick M. Gartland
Gloria Kay Godwin
David G. Hanna
Mark W. Hennessy
Susan Holmes
John A. Isakson
Cathleen Alston Latham
Daryl Moody
CJ Pearson
David Shafer
Shawn Still
C.B. Yadav

The following electors received 62,138 votes:

Christine Austin
Stephanie Sage Aylworth
Nelson M. Barnhouse
Robert Cortez
Danny Dolan
Eric Fontaine
Ryan Graham
Gretchen Mangan
Edward T. Metz
Mark Mosley
Chase Russell Oliver
Robert Rouse
David R. Shock
John Turpish
Laura Williams
Nathan Wilson

IN WITNESS WHEREOF I have hereunto set my hand and caused the Great Seal of the State of Georgia to be affixed at the Capitol in Atlanta, Georgia, this 20th day of November 2020.

GOVERNOR

ATTEST:

EXECUTIVE SECRETARY