# EXHIBIT 2



## OFFICE OF SECRETARY OF STATE

*I, Brad Raffensperger, Secretary of State of the State of Georgia, do hereby certify that*

Attached are the results as shown on the certified Recount for the General Election for the Republican Party Presidential Electors, Democratic Party Presidential Electors and Libertarian Party Presidential Electors held on the 3rd day of November 2020; all as the same appear on file and record of this office.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of my office, at the Capitol, in the City of Atlanta, this 7th day of December, in the year of our Lord Two Thousand and Twenty and of the Independence of the United States of America the Two Hundred and Forty-Fifth.



*Brad Raffensperger*

**Brad Raffensperger, Secretary of State**



# Georgia Secretary of State
## Election Report
## **Presidential Recount**
## **December 7, 2020**



| State Contest | County | Choice | Votes | Vote % |
|---|---|---|---|---|
| President of the United States | APPLING | Donald J. Trump (I) (Rep) | 6,570 | 78.31% |
| | | Joseph R. Biden (Dem) | 1,784 | 21.26% |
| | | Jo Jorgensen (Lib) | 36 | 0.43% |
| | | **Votes For Seat in County:** | **8,390** | |
| | ATKINSON | Donald J. Trump (I) (Rep) | 2,300 | 72.90% |
| | | Joseph R. Biden (Dem) | 825 | 26.15% |
| | | Jo Jorgensen (Lib) | 30 | 0.95% |
| | | **Votes For Seat in County:** | **3,155** | |
| | BACON | Donald J. Trump (I) (Rep) | 4,017 | 86.07% |
| | | Joseph R. Biden (Dem) | 625 | 13.39% |
| | | Jo Jorgensen (Lib) | 25 | 0.54% |
| | | **Votes For Seat in County:** | **4,667** | |
| | BAKER | Donald J. Trump (I) (Rep) | 897 | 57.68% |
| | | Joseph R. Biden (Dem) | 652 | 41.93% |
| | | Jo Jorgensen (Lib) | 6 | 0.39% |
| | | **Votes For Seat in County:** | **1,555** | |
| | BALDWIN | Donald J. Trump (I) (Rep) | 8,903 | 48.78% |
| | | Joseph R. Biden (Dem) | 9,140 | 50.08% |
| | | Jo Jorgensen (Lib) | 208 | 1.14% |
| | | **Votes For Seat in County:** | **18,251** | |
| | BANKS | Donald J. Trump (I) (Rep) | 7,795 | 88.57% |
| | | Joseph R. Biden (Dem) | 932 | 10.59% |
| | | Jo Jorgensen (Lib) | 74 | 0.84% |
| | | **Votes For Seat in County:** | **8,801** | |
| | BARROW | Donald J. Trump (I) (Rep) | 26,804 | 70.68% |
| | | Joseph R. Biden (Dem) | 10,453 | 27.57% |
| | | Jo Jorgensen (Lib) | 664 | 1.75% |
| | | **Votes For Seat in County:** | **37,921** | |
| | BARTOW | Donald J. Trump (I) (Rep) | 37,672 | 74.65% |
| | | Joseph R. Biden (Dem) | 12,091 | 23.96% |
| | | Jo Jorgensen (Lib) | 701 | 1.39% |
| | | **Votes For Seat in County:** | **50,464** | |
| | BEN HILL | Donald J. Trump (I) (Rep) | 4,111 | 62.63% |
| | | Joseph R. Biden (Dem) | 2,393 | 36.46% |
| | | Jo Jorgensen (Lib) | 60 | 0.91% |



# Georgia Secretary of State
## Election Report
**Presidential Recount**
**December 7, 2020**



| State Contest | County | Choice | Votes | Vote % |
|---|---|---|---|---|
| | | **Votes For Seat in County:** | **6,564** | |
| President of the United States | BERRIEN | Donald J. Trump (I) (Rep) | 6,419 | 82.90% |
| | | Joseph R. Biden (Dem) | 1,269 | 16.39% |
| | | Jo Jorgensen (Lib) | 55 | 0.71% |
| | | **Votes For Seat in County:** | **7,743** | |
| | BIBB | Donald J. Trump (I) (Rep) | 26,559 | 37.56% |
| | | Joseph R. Biden (Dem) | 43,408 | 61.39% |
| | | Jo Jorgensen (Lib) | 747 | 1.06% |
| | | **Votes For Seat in County:** | **70,714** | |
| | BLECKLEY | Donald J. Trump (I) (Rep) | 4,329 | 75.84% |
| | | Joseph R. Biden (Dem) | 1,312 | 22.99% |
| | | Jo Jorgensen (Lib) | 67 | 1.17% |
| | | **Votes For Seat in County:** | **5,708** | |
| | BRANTLEY | Donald J. Trump (I) (Rep) | 6,993 | 90.24% |
| | | Joseph R. Biden (Dem) | 700 | 9.03% |
| | | Jo Jorgensen (Lib) | 56 | 0.72% |
| | | **Votes For Seat in County:** | **7,749** | |
| | BROOKS | Donald J. Trump (I) (Rep) | 4,261 | 60.01% |
| | | Joseph R. Biden (Dem) | 2,791 | 39.30% |
| | | Jo Jorgensen (Lib) | 49 | 0.69% |
| | | **Votes For Seat in County:** | **7,101** | |
| | BRYAN | Donald J. Trump (I) (Rep) | 14,240 | 66.74% |
| | | Joseph R. Biden (Dem) | 6,738 | 31.58% |
| | | Jo Jorgensen (Lib) | 357 | 1.67% |
| | | **Votes For Seat in County:** | **21,335** | |
| | BULLOCH | Donald J. Trump (I) (Rep) | 18,387 | 61.11% |
| | | Joseph R. Biden (Dem) | 11,248 | 37.38% |
| | | Jo Jorgensen (Lib) | 455 | 1.51% |
| | | **Votes For Seat in County:** | **30,090** | |
| | BURKE | Donald J. Trump (I) (Rep) | 5,400 | 50.55% |
| | | Joseph R. Biden (Dem) | 5,208 | 48.75% |
| | | Jo Jorgensen (Lib) | 75 | 0.70% |
| | | **Votes For Seat in County:** | **10,683** | |



# Georgia Secretary of State
## Election Report
### Presidential Recount
### December 7, 2020



| State Contest | County | Choice | Votes | Vote % |
|---|---|---|---|---|
| President of the United States | BUTTS | Donald J. Trump (I) (Rep) | 8,406 | 71.41% |
| | | Joseph R. Biden (Dem) | 3,274 | 27.81% |
| | | Jo Jorgensen (Lib) | 91 | 0.77% |
| | | **Votes For Seat in County:** | **11,771** | |
| | CALHOUN | Donald J. Trump (I) (Rep) | 923 | 41.99% |
| | | Joseph R. Biden (Dem) | 1,263 | 57.46% |
| | | Jo Jorgensen (Lib) | 12 | 0.55% |
| | | **Votes For Seat in County:** | **2,198** | |
| | CAMDEN | Donald J. Trump (I) (Rep) | 15,249 | 64.38% |
| | | Joseph R. Biden (Dem) | 7,967 | 33.64% |
| | | Jo Jorgensen (Lib) | 470 | 1.98% |
| | | **Votes For Seat in County:** | **23,686** | |
| | CANDLER | Donald J. Trump (I) (Rep) | 3,133 | 70.71% |
| | | Joseph R. Biden (Dem) | 1,269 | 28.64% |
| | | Jo Jorgensen (Lib) | 29 | 0.65% |
| | | **Votes For Seat in County:** | **4,431** | |
| | CARROLL | Donald J. Trump (I) (Rep) | 37,476 | 68.80% |
| | | Joseph R. Biden (Dem) | 16,236 | 29.81% |
| | | Jo Jorgensen (Lib) | 760 | 1.40% |
| | | **Votes For Seat in County:** | **54,472** | |
| | CATOOSA | Donald J. Trump (I) (Rep) | 25,167 | 77.22% |
| | | Joseph R. Biden (Dem) | 6,932 | 21.27% |
| | | Jo Jorgensen (Lib) | 494 | 1.52% |
| | | **Votes For Seat in County:** | **32,593** | |
| | CHARLTON | Donald J. Trump (I) (Rep) | 3,419 | 74.85% |
| | | Joseph R. Biden (Dem) | 1,105 | 24.19% |
| | | Jo Jorgensen (Lib) | 44 | 0.96% |
| | | **Votes For Seat in County:** | **4,568** | |
| | CHATHAM | Donald J. Trump (I) (Rep) | 53,232 | 39.90% |
| | | Joseph R. Biden (Dem) | 78,247 | 58.65% |
| | | Jo Jorgensen (Lib) | 1,929 | 1.45% |
| | | **Votes For Seat in County:** | **133,408** | |
| | CHATTAHOOCHEE | Donald J. Trump (I) (Rep) | 880 | 55.63% |
| | | Joseph R. Biden (Dem) | 667 | 42.16% |
| | | Jo Jorgensen (Lib) | 35 | 2.21% |



## Georgia Secretary of State
## Election Report
## **Presidential Recount**
## **December 7, 2020**



| State Contest | County | Choice | Votes | Vote % |
|---|---|---|---|---|
| | | **Votes For Seat in County:** | **1,582** | |
| President of the United States | CHATTOOGA | Donald J. Trump (I) (Rep) | 8,064 | 80.24% |
| | | Joseph R. Biden (Dem) | 1,854 | 18.45% |
| | | Jo Jorgensen (Lib) | 132 | 1.31% |
| | | **Votes For Seat in County:** | **10,050** | |
| | CHEROKEE | Donald J. Trump (I) (Rep) | 99,585 | 68.77% |
| | | Joseph R. Biden (Dem) | 42,779 | 29.54% |
| | | Jo Jorgensen (Lib) | 2,451 | 1.69% |
| | | **Votes For Seat in County:** | **144,815** | |
| | CLARKE | Donald J. Trump (I) (Rep) | 14,450 | 28.14% |
| | | Joseph R. Biden (Dem) | 36,055 | 70.22% |
| | | Jo Jorgensen (Lib) | 841 | 1.64% |
| | | **Votes For Seat in County:** | **51,346** | |
| | CLAY | Donald J. Trump (I) (Rep) | 637 | 44.39% |
| | | Joseph R. Biden (Dem) | 791 | 55.12% |
| | | Jo Jorgensen (Lib) | 7 | 0.49% |
| | | **Votes For Seat in County:** | **1,435** | |
| | CLAYTON | Donald J. Trump (I) (Rep) | 15,811 | 14.08% |
| | | Joseph R. Biden (Dem) | 95,466 | 84.99% |
| | | Jo Jorgensen (Lib) | 1,053 | 0.94% |
| | | **Votes For Seat in County:** | **112,330** | |
| | CLINCH | Donald J. Trump (I) (Rep) | 2,105 | 73.58% |
| | | Joseph R. Biden (Dem) | 744 | 26.00% |
| | | Jo Jorgensen (Lib) | 12 | 0.42% |
| | | **Votes For Seat in County:** | **2,861** | |
| | COBB | Donald J. Trump (I) (Rep) | 165,436 | 42.02% |
| | | Joseph R. Biden (Dem) | 221,847 | 56.35% |
| | | Jo Jorgensen (Lib) | 6,445 | 1.64% |
| | | **Votes For Seat in County:** | **393,728** | |
| | COFFEE | Donald J. Trump (I) (Rep) | 10,578 | 69.53% |
| | | Joseph R. Biden (Dem) | 4,511 | 29.65% |
| | | Jo Jorgensen (Lib) | 125 | 0.82% |
| | | **Votes For Seat in County:** | **15,214** | |



# Georgia Secretary of State
## Election Report
### Presidential Recount
### December 7, 2020



| State Contest | County | Choice | Votes | Vote % |
|---|---|---|---|---|
| President of the United States | COLQUITT | Donald J. Trump (I) (Rep) | 11,777 | 73.21% |
| | | Joseph R. Biden (Dem) | 4,190 | 26.05% |
| | | Jo Jorgensen (Lib) | 119 | 0.74% |
| | | **Votes For Seat in County:** | **16,086** | |
| | COLUMBIA | Donald J. Trump (I) (Rep) | 50,013 | 62.07% |
| | | Joseph R. Biden (Dem) | 29,232 | 36.28% |
| | | Jo Jorgensen (Lib) | 1,330 | 1.65% |
| | | **Votes For Seat in County:** | **80,575** | |
| | COOK | Donald J. Trump (I) (Rep) | 4,900 | 69.65% |
| | | Joseph R. Biden (Dem) | 2,059 | 29.27% |
| | | Jo Jorgensen (Lib) | 76 | 1.08% |
| | | **Votes For Seat in County:** | **7,035** | |
| | COWETA | Donald J. Trump (I) (Rep) | 51,501 | 67.06% |
| | | Joseph R. Biden (Dem) | 24,210 | 31.52% |
| | | Jo Jorgensen (Lib) | 1,088 | 1.42% |
| | | **Votes For Seat in County:** | **76,799** | |
| | CRAWFORD | Donald J. Trump (I) (Rep) | 4,428 | 72.57% |
| | | Joseph R. Biden (Dem) | 1,615 | 26.47% |
| | | Jo Jorgensen (Lib) | 59 | 0.97% |
| | | **Votes For Seat in County:** | **6,102** | |
| | CRISP | Donald J. Trump (I) (Rep) | 4,985 | 62.06% |
| | | Joseph R. Biden (Dem) | 2,982 | 37.12% |
| | | Jo Jorgensen (Lib) | 66 | 0.82% |
| | | **Votes For Seat in County:** | **8,033** | |
| | DADE | Donald J. Trump (I) (Rep) | 6,066 | 81.60% |
| | | Joseph R. Biden (Dem) | 1,261 | 16.96% |
| | | Jo Jorgensen (Lib) | 107 | 1.44% |
| | | **Votes For Seat in County:** | **7,434** | |
| | DAWSON | Donald J. Trump (I) (Rep) | 13,398 | 83.32% |
| | | Joseph R. Biden (Dem) | 2,486 | 15.46% |
| | | Jo Jorgensen (Lib) | 197 | 1.23% |
| | | **Votes For Seat in County:** | **16,081** | |
| | DECATUR | Donald J. Trump (I) (Rep) | 6,755 | 58.11% |
| | | Joseph R. Biden (Dem) | 4,762 | 41.14% |
| | | Jo Jorgensen (Lib) | 88 | 0.76% |



### Georgia Secretary of State
### Election Report
### **Presidential Recount**
### **December 7, 2020**



| State Contest | County | Choice | Votes | Vote % |
|---|---|---|---|---|
| | | **Votes For Seat in County:** | **11,625** | |
| President of the United States | DEKALB | Donald J. Trump (I) (Rep) | 58,377 | 15.75% |
| | | Joseph R. Biden (Dem) | 308,162 | 83.12% |
| | | Jo Jorgensen (Lib) | 4,207 | 1.13% |
| | | **Votes For Seat in County:** | **370,746** | |
| | DODGE | Donald J. Trump (I) (Rep) | 5,843 | 72.39% |
| | | Joseph R. Biden (Dem) | 2,172 | 26.91% |
| | | Jo Jorgensen (Lib) | 56 | 0.69% |
| | | **Votes For Seat in County:** | **8,071** | |
| | DOOLY | Donald J. Trump (I) (Rep) | 2,159 | 52.59% |
| | | Joseph R. Biden (Dem) | 1,911 | 46.55% |
| | | Jo Jorgensen (Lib) | 35 | 0.85% |
| | | **Votes For Seat in County:** | **4,105** | |
| | DOUGHERTY | Donald J. Trump (I) (Rep) | 10,441 | 29.59% |
| | | Joseph R. Biden (Dem) | 24,568 | 69.62% |
| | | Jo Jorgensen (Lib) | 278 | 0.79% |
| | | **Votes For Seat in County:** | **35,287** | |
| | DOUGLAS | Donald J. Trump (I) (Rep) | 25,454 | 36.83% |
| | | Joseph R. Biden (Dem) | 42,814 | 61.95% |
| | | Jo Jorgensen (Lib) | 838 | 1.21% |
| | | **Votes For Seat in County:** | **69,106** | |
| | EARLY | Donald J. Trump (I) (Rep) | 2,710 | 52.24% |
| | | Joseph R. Biden (Dem) | 2,450 | 47.22% |
| | | Jo Jorgensen (Lib) | 28 | 0.54% |
| | | **Votes For Seat in County:** | **5,188** | |
| | ECHOLS | Donald J. Trump (I) (Rep) | 1,256 | 87.16% |
| | | Joseph R. Biden (Dem) | 167 | 11.59% |
| | | Jo Jorgensen (Lib) | 18 | 1.25% |
| | | **Votes For Seat in County:** | **1,441** | |
| | EFFINGHAM | Donald J. Trump (I) (Rep) | 23,361 | 74.00% |
| | | Joseph R. Biden (Dem) | 7,718 | 24.45% |
| | | Jo Jorgensen (Lib) | 492 | 1.56% |
| | | **Votes For Seat in County:** | **31,571** | |



### Georgia Secretary of State
### Election Report
### Presidential Recount
### December 7, 2020



| State Contest | County | Choice | Votes | Vote % |
|---|---|---|---|---|
| President of the United States | ELBERT | Donald J. Trump (I) (Rep) | 6,226 | 67.89% |
| | | Joseph R. Biden (Dem) | 2,879 | 31.39% |
| | | Jo Jorgensen (Lib) | 66 | 0.72% |
| | | **Votes For Seat in County:** | **9,171** | |
| | EMANUEL | Donald J. Trump (I) (Rep) | 6,553 | 68.94% |
| | | Joseph R. Biden (Dem) | 2,886 | 30.36% |
| | | Jo Jorgensen (Lib) | 66 | 0.69% |
| | | **Votes For Seat in County:** | **9,505** | |
| | EVANS | Donald J. Trump (I) (Rep) | 2,888 | 68.00% |
| | | Joseph R. Biden (Dem) | 1,324 | 31.17% |
| | | Jo Jorgensen (Lib) | 35 | 0.82% |
| | | **Votes For Seat in County:** | **4,247** | |
| | FANNIN | Donald J. Trump (I) (Rep) | 12,169 | 81.95% |
| | | Joseph R. Biden (Dem) | 2,570 | 17.31% |
| | | Jo Jorgensen (Lib) | 110 | 0.74% |
| | | **Votes For Seat in County:** | **14,849** | |
| | FAYETTE | Donald J. Trump (I) (Rep) | 37,956 | 52.72% |
| | | Joseph R. Biden (Dem) | 33,062 | 45.92% |
| | | Jo Jorgensen (Lib) | 976 | 1.36% |
| | | **Votes For Seat in County:** | **71,994** | |
| | FLOYD | Donald J. Trump (I) (Rep) | 28,906 | 69.92% |
| | | Joseph R. Biden (Dem) | 11,917 | 28.83% |
| | | Jo Jorgensen (Lib) | 518 | 1.25% |
| | | **Votes For Seat in County:** | **41,341** | |
| | FORSYTH | Donald J. Trump (I) (Rep) | 85,123 | 65.83% |
| | | Joseph R. Biden (Dem) | 42,208 | 32.64% |
| | | Jo Jorgensen (Lib) | 1,980 | 1.53% |
| | | **Votes For Seat in County:** | **129,311** | |
| | FRANKLIN | Donald J. Trump (I) (Rep) | 9,069 | 84.25% |
| | | Joseph R. Biden (Dem) | 1,593 | 14.80% |
| | | Jo Jorgensen (Lib) | 103 | 0.96% |
| | | **Votes For Seat in County:** | **10,765** | |
| | FULTON | Donald J. Trump (I) (Rep) | 137,247 | 26.20% |
| | | Joseph R. Biden (Dem) | 380,212 | 72.59% |
| | | Jo Jorgensen (Lib) | 6,320 | 1.21% |



### Georgia Secretary of State
### Election Report
## Presidential Recount
## December 7, 2020



| State Contest | County | Choice | Votes | Vote % |
|---|---|---|---|---|
| | | **Votes For Seat in County:** | **523,779** | |
| President of the United States | GILMER | Donald J. Trump (I) (Rep) | 13,429 | 81.26% |
| | | Joseph R. Biden (Dem) | 2,932 | 17.74% |
| | | Jo Jorgensen (Lib) | 164 | 0.99% |
| | | **Votes For Seat in County:** | **16,525** | |
| | GLASCOCK | Donald J. Trump (I) (Rep) | 1,402 | 89.58% |
| | | Joseph R. Biden (Dem) | 155 | 9.90% |
| | | Jo Jorgensen (Lib) | 8 | 0.51% |
| | | **Votes For Seat in County:** | **1,565** | |
| | GLYNN | Donald J. Trump (I) (Rep) | 25,617 | 61.01% |
| | | Joseph R. Biden (Dem) | 15,882 | 37.83% |
| | | Jo Jorgensen (Lib) | 489 | 1.16% |
| | | **Votes For Seat in County:** | **41,988** | |
| | GORDON | Donald J. Trump (I) (Rep) | 19,405 | 80.74% |
| | | Joseph R. Biden (Dem) | 4,384 | 18.24% |
| | | Jo Jorgensen (Lib) | 244 | 1.02% |
| | | **Votes For Seat in County:** | **24,033** | |
| | GRADY | Donald J. Trump (I) (Rep) | 7,034 | 65.70% |
| | | Joseph R. Biden (Dem) | 3,619 | 33.80% |
| | | Jo Jorgensen (Lib) | 54 | 0.50% |
| | | **Votes For Seat in County:** | **10,707** | |
| | GREENE | Donald J. Trump (I) (Rep) | 7,066 | 62.84% |
| | | Joseph R. Biden (Dem) | 4,087 | 36.35% |
| | | Jo Jorgensen (Lib) | 91 | 0.81% |
| | | **Votes For Seat in County:** | **11,244** | |
| | GWINNETT | Donald J. Trump (I) (Rep) | 166,400 | 40.19% |
| | | Joseph R. Biden (Dem) | 241,994 | 58.45% |
| | | Jo Jorgensen (Lib) | 5,629 | 1.36% |
| | | **Votes For Seat in County:** | **414,023** | |
| | HABERSHAM | Donald J. Trump (I) (Rep) | 16,637 | 81.43% |
| | | Joseph R. Biden (Dem) | 3,562 | 17.43% |
| | | Jo Jorgensen (Lib) | 232 | 1.14% |
| | | **Votes For Seat in County:** | **20,431** | |



### Georgia Secretary of State
### Election Report
## Presidential Recount
## December 7, 2020



| State Contest | County | Choice | Votes | Vote % |
|---|---|---|---|---|
| President of the United States | HALL | Donald J. Trump (I) (Rep) | 64,183 | 70.89% |
| | | Joseph R. Biden (Dem) | 25,033 | 27.65% |
| | | Jo Jorgensen (Lib) | 1,321 | 1.46% |
| | | **Votes For Seat in County:** | **90,537** | |
| | HANCOCK | Donald J. Trump (I) (Rep) | 1,154 | 27.79% |
| | | Joseph R. Biden (Dem) | 2,976 | 71.66% |
| | | Jo Jorgensen (Lib) | 23 | 0.55% |
| | | **Votes For Seat in County:** | **4,153** | |
| | HARALSON | Donald J. Trump (I) (Rep) | 12,330 | 86.55% |
| | | Joseph R. Biden (Dem) | 1,791 | 12.57% |
| | | Jo Jorgensen (Lib) | 125 | 0.88% |
| | | **Votes For Seat in County:** | **14,246** | |
| | HARRIS | Donald J. Trump (I) (Rep) | 14,319 | 71.63% |
| | | Joseph R. Biden (Dem) | 5,457 | 27.30% |
| | | Jo Jorgensen (Lib) | 215 | 1.08% |
| | | **Votes For Seat in County:** | **19,991** | |
| | HART | Donald J. Trump (I) (Rep) | 9,465 | 74.36% |
| | | Joseph R. Biden (Dem) | 3,157 | 24.80% |
| | | Jo Jorgensen (Lib) | 106 | 0.83% |
| | | **Votes For Seat in County:** | **12,728** | |
| | HEARD | Donald J. Trump (I) (Rep) | 4,519 | 83.78% |
| | | Joseph R. Biden (Dem) | 824 | 15.28% |
| | | Jo Jorgensen (Lib) | 51 | 0.95% |
| | | **Votes For Seat in County:** | **5,394** | |
| | HENRY | Donald J. Trump (I) (Rep) | 48,259 | 39.24% |
| | | Joseph R. Biden (Dem) | 73,443 | 59.71% |
| | | Jo Jorgensen (Lib) | 1,296 | 1.05% |
| | | **Votes For Seat in County:** | **122,998** | |
| | HOUSTON | Donald J. Trump (I) (Rep) | 41,540 | 55.51% |
| | | Joseph R. Biden (Dem) | 32,239 | 43.08% |
| | | Jo Jorgensen (Lib) | 1,059 | 1.42% |
| | | **Votes For Seat in County:** | **74,838** | |
| | IRWIN | Donald J. Trump (I) (Rep) | 3,134 | 75.19% |
| | | Joseph R. Biden (Dem) | 1,008 | 24.16% |
| | | Jo Jorgensen (Lib) | 26 | 0.62% |



# Georgia Secretary of State
## Election Report
## **Presidential Recount**
## **December 7, 2020**



| State Contest | County | Choice | Votes | Vote % |
|---|---|---|---|---|
| | | **Votes For Seat in County:** | **4,168** | |
| President of the United States | JACKSON | Donald J. Trump (I) (Rep) | 29,502 | 78.31% |
| | | Joseph R. Biden (Dem) | 7,642 | 20.28% |
| | | Jo Jorgensen (Lib) | 531 | 1.41% |
| | | **Votes For Seat in County:** | **37,675** | |
| | JASPER | Donald J. Trump (I) (Rep) | 5,822 | 76.16% |
| | | Joseph R. Biden (Dem) | 1,761 | 23.04% |
| | | Jo Jorgensen (Lib) | 61 | 0.80% |
| | | **Votes For Seat in County:** | **7,644** | |
| | JEFF DAVIS | Donald J. Trump (I) (Rep) | 4,695 | 81.36% |
| | | Joseph R. Biden (Dem) | 1,028 | 17.81% |
| | | Jo Jorgensen (Lib) | 48 | 0.83% |
| | | **Votes For Seat in County:** | **5,771** | |
| | JEFFERSON | Donald J. Trump (I) (Rep) | 3,537 | 46.30% |
| | | Joseph R. Biden (Dem) | 4,058 | 53.12% |
| | | Jo Jorgensen (Lib) | 44 | 0.58% |
| | | **Votes For Seat in County:** | **7,639** | |
| | JENKINS | Donald J. Trump (I) (Rep) | 2,161 | 62.55% |
| | | Joseph R. Biden (Dem) | 1,266 | 36.64% |
| | | Jo Jorgensen (Lib) | 28 | 0.81% |
| | | **Votes For Seat in County:** | **3,455** | |
| | JOHNSON | Donald J. Trump (I) (Rep) | 2,850 | 69.51% |
| | | Joseph R. Biden (Dem) | 1,222 | 29.80% |
| | | Jo Jorgensen (Lib) | 28 | 0.68% |
| | | **Votes For Seat in County:** | **4,100** | |
| | JONES | Donald J. Trump (I) (Rep) | 9,940 | 66.56% |
| | | Joseph R. Biden (Dem) | 4,882 | 32.69% |
| | | Jo Jorgensen (Lib) | 112 | 0.75% |
| | | **Votes For Seat in County:** | **14,934** | |
| | LAMAR | Donald J. Trump (I) (Rep) | 6,331 | 69.99% |
| | | Joseph R. Biden (Dem) | 2,620 | 28.97% |
| | | Jo Jorgensen (Lib) | 94 | 1.04% |
| | | **Votes For Seat in County:** | **9,045** | |



# Georgia Secretary of State
## Election Report
### Presidential Recount
### December 7, 2020



| State Contest | County | Choice | Votes | Vote % |
|---|---|---|---|---|
| President of the United States | LANIER | Donald J. Trump (I) (Rep) | 2,509 | 70.16% |
| | | Joseph R. Biden (Dem) | 1,019 | 28.50% |
| | | Jo Jorgensen (Lib) | 48 | 1.34% |
| | | **Votes For Seat in County:** | **3,576** | |
| | LAURENS | Donald J. Trump (I) (Rep) | 14,493 | 63.76% |
| | | Joseph R. Biden (Dem) | 8,074 | 35.52% |
| | | Jo Jorgensen (Lib) | 164 | 0.72% |
| | | **Votes For Seat in County:** | **22,731** | |
| | LEE | Donald J. Trump (I) (Rep) | 12,007 | 71.84% |
| | | Joseph R. Biden (Dem) | 4,558 | 27.27% |
| | | Jo Jorgensen (Lib) | 149 | 0.89% |
| | | **Votes For Seat in County:** | **16,714** | |
| | LIBERTY | Donald J. Trump (I) (Rep) | 7,959 | 37.20% |
| | | Joseph R. Biden (Dem) | 13,104 | 61.25% |
| | | Jo Jorgensen (Lib) | 331 | 1.55% |
| | | **Votes For Seat in County:** | **21,394** | |
| | LINCOLN | Donald J. Trump (I) (Rep) | 3,173 | 68.37% |
| | | Joseph R. Biden (Dem) | 1,432 | 30.86% |
| | | Jo Jorgensen (Lib) | 36 | 0.78% |
| | | **Votes For Seat in County:** | **4,641** | |
| | LONG | Donald J. Trump (I) (Rep) | 3,527 | 62.35% |
| | | Joseph R. Biden (Dem) | 2,035 | 35.97% |
| | | Jo Jorgensen (Lib) | 95 | 1.68% |
| | | **Votes For Seat in County:** | **5,657** | |
| | LOWNDES | Donald J. Trump (I) (Rep) | 25,692 | 55.42% |
| | | Joseph R. Biden (Dem) | 20,116 | 43.40% |
| | | Jo Jorgensen (Lib) | 547 | 1.18% |
| | | **Votes For Seat in County:** | **46,355** | |
| | LUMPKIN | Donald J. Trump (I) (Rep) | 12,163 | 78.31% |
| | | Joseph R. Biden (Dem) | 3,126 | 20.13% |
| | | Jo Jorgensen (Lib) | 242 | 1.56% |
| | | **Votes For Seat in County:** | **15,531** | |
| | MACON | Donald J. Trump (I) (Rep) | 1,783 | 38.24% |
| | | Joseph R. Biden (Dem) | 2,858 | 61.29% |
| | | Jo Jorgensen (Lib) | 22 | 0.47% |



# Georgia Secretary of State
## Election Report
### Presidential Recount
### December 7, 2020



| State Contest | County | Choice | Votes | Vote % |
|---|---|---|---|---|
| | | **Votes For Seat in County:** | **4,663** | |
| President of the United States | MADISON | Donald J. Trump (I) (Rep) | 11,326 | 75.83% |
| | | Joseph R. Biden (Dem) | 3,411 | 22.84% |
| | | Jo Jorgensen (Lib) | 200 | 1.34% |
| | | **Votes For Seat in County:** | **14,937** | |
| | MARION | Donald J. Trump (I) (Rep) | 2,275 | 62.76% |
| | | Joseph R. Biden (Dem) | 1,312 | 36.19% |
| | | Jo Jorgensen (Lib) | 38 | 1.05% |
| | | **Votes For Seat in County:** | **3,625** | |
| | MCDUFFIE | Donald J. Trump (I) (Rep) | 6,169 | 59.01% |
| | | Joseph R. Biden (Dem) | 4,168 | 39.87% |
| | | Jo Jorgensen (Lib) | 118 | 1.13% |
| | | **Votes For Seat in County:** | **10,455** | |
| | MCINTOSH | Donald J. Trump (I) (Rep) | 4,016 | 59.98% |
| | | Joseph R. Biden (Dem) | 2,612 | 39.01% |
| | | Jo Jorgensen (Lib) | 68 | 1.02% |
| | | **Votes For Seat in County:** | **6,696** | |
| | MERIWETHER | Donald J. Trump (I) (Rep) | 6,524 | 59.98% |
| | | Joseph R. Biden (Dem) | 4,287 | 39.41% |
| | | Jo Jorgensen (Lib) | 66 | 0.61% |
| | | **Votes For Seat in County:** | **10,877** | |
| | MILLER | Donald J. Trump (I) (Rep) | 2,066 | 72.90% |
| | | Joseph R. Biden (Dem) | 748 | 26.39% |
| | | Jo Jorgensen (Lib) | 20 | 0.71% |
| | | **Votes For Seat in County:** | **2,834** | |
| | MITCHELL | Donald J. Trump (I) (Rep) | 4,935 | 55.07% |
| | | Joseph R. Biden (Dem) | 3,993 | 44.55% |
| | | Jo Jorgensen (Lib) | 34 | 0.38% |
| | | **Votes For Seat in County:** | **8,962** | |
| | MONROE | Donald J. Trump (I) (Rep) | 11,057 | 70.92% |
| | | Joseph R. Biden (Dem) | 4,385 | 28.13% |
| | | Jo Jorgensen (Lib) | 148 | 0.95% |
| | | **Votes For Seat in County:** | **15,590** | |



### Georgia Secretary of State
### Election Report
## Presidential Recount
### Decem



| State Contest | County | Choice | Votes | Vote % |
|---|---|---|---:|---:|
| President of the United States | MONTGOMERY | Donald J. Trump (I) (Rep) | 2,960 | 74.62% |
| | | Joseph R. Biden (Dem) | 980 | 24.70% |
| | | Jo Jorgensen (Lib) | 27 | 0.68% |
| | | **Votes For Seat in County:** | **3,967** | |
| | MORGAN | Donald J. Trump (I) (Rep) | 8,231 | 70.31% |
| | | Joseph R. Biden (Dem) | 3,353 | 28.64% |
| | | Jo Jorgensen (Lib) | 122 | 1.04% |
| | | **Votes For Seat in County:** | **11,706** | |
| | MURRAY | Donald J. Trump (I) (Rep) | 12,944 | 84.11% |
| | | Joseph R. Biden (Dem) | 2,301 | 14.95% |
| | | Jo Jorgensen (Lib) | 144 | 0.94% |
| | | **Votes For Seat in County:** | **15,389** | |
| | MUSCOGEE | Donald J. Trump (I) (Rep) | 30,107 | 37.39% |
| | | Joseph R. Biden (Dem) | 49,446 | 61.41% |
| | | Jo Jorgensen (Lib) | 961 | 1.19% |
| | | **Votes For Seat in County:** | **80,514** | |
| | NEWTON | Donald J. Trump (I) (Rep) | 23,869 | 44.01% |
| | | Joseph R. Biden (Dem) | 29,789 | 54.93% |
| | | Jo Jorgensen (Lib) | 576 | 1.06% |
| | | **Votes For Seat in County:** | **54,234** | |
| | OCONEE | Donald J. Trump (I) (Rep) | 16,595 | 65.94% |
| | | Joseph R. Biden (Dem) | 8,162 | 32.43% |
| | | Jo Jorgensen (Lib) | 411 | 1.63% |
| | | **Votes For Seat in County:** | **25,168** | |
| | OGLETHORPE | Donald J. Trump (I) (Rep) | 5,592 | 68.76% |
| | | Joseph R. Biden (Dem) | 2,439 | 29.99% |
| | | Jo Jorgensen (Lib) | 102 | 1.25% |
| | | **Votes For Seat in County:** | **8,133** | |
| | PAULDING | Donald J. Trump (I) (Rep) | 54,517 | 63.86% |
| | | Joseph R. Biden (Dem) | 29,695 | 34.78% |
| | | Jo Jorgensen (Lib) | 1,160 | 1.36% |
| | | **Votes For Seat in County:** | **85,372** | |
| | PEACH | Donald J. Trump (I) (Rep) | 6,506 | 51.83% |
| | | Joseph R. Biden (Dem) | 5,922 | 47.16% |
| | | Jo Jorgensen (Lib) | 125 | 1.00% |



# Georgia Secretary of State
## Election Report
## General Election Official Results
## December 4, 2020



| State Contest | County | Choice | Votes | Vote % |
|---|---|---|---|---|
| | | **Votes For Seat in County:** | **12,553** | |
| President of the United States | PICKENS | Donald J. Trump (I) (Rep) | 14,110 | 82.19% |
| | | Joseph R. Biden (Dem) | 2,824 | 16.45% |
| | | Jo Jorgensen (Lib) | 233 | 1.36% |
| | | **Votes For Seat in County:** | **17,167** | |
| | PIERCE | Donald J. Trump (I) (Rep) | 7,898 | 87.30% |
| | | Joseph R. Biden (Dem) | 1,100 | 12.16% |
| | | Jo Jorgensen (Lib) | 49 | 0.54% |
| | | **Votes For Seat in County:** | **9,047** | |
| | PIKE | Donald J. Trump (I) (Rep) | 9,127 | 85.14% |
| | | Joseph R. Biden (Dem) | 1,505 | 14.04% |
| | | Jo Jorgensen (Lib) | 88 | 0.82% |
| | | **Votes For Seat in County:** | **10,720** | |
| | POLK | Donald J. Trump (I) (Rep) | 13,587 | 78.10% |
| | | Joseph R. Biden (Dem) | 3,657 | 21.02% |
| | | Jo Jorgensen (Lib) | 152 | 0.87% |
| | | **Votes For Seat in County:** | **17,396** | |
| | PULASKI | Donald J. Trump (I) (Rep) | 2,815 | 68.98% |
| | | Joseph R. Biden (Dem) | 1,230 | 30.14% |
| | | Jo Jorgensen (Lib) | 36 | 0.88% |
| | | **Votes For Seat in County:** | **4,081** | |
| | PUTNAM | Donald J. Trump (I) (Rep) | 8,291 | 69.94% |
| | | Joseph R. Biden (Dem) | 3,448 | 29.08% |
| | | Jo Jorgensen (Lib) | 116 | 0.98% |
| | | **Votes For Seat in County:** | **11,855** | |
| | QUITMAN | Donald J. Trump (I) (Rep) | 604 | 54.61% |
| | | Joseph R. Biden (Dem) | 497 | 44.94% |
| | | Jo Jorgensen (Lib) | 5 | 0.45% |
| | | **Votes For Seat in County:** | **1,106** | |
| | RABUN | Donald J. Trump (I) (Rep) | 7,474 | 78.11% |
| | | Joseph R. Biden (Dem) | 1,984 | 20.74% |
| | | Jo Jorgensen (Lib) | 110 | 1.15% |
| | | **Votes For Seat in County:** | **9,568** | |



### Georgia Secretary of State
### Election Report
## General Election Official Results
## December 4, 2020



| State Contest | County | Choice | Votes | Vote % |
|---|---|---|---|---|
| President of the United States | RANDOLPH | Donald J. Trump (I) (Rep) | 1,390 | 45.23% |
| | | Joseph R. Biden (Dem) | 1,671 | 54.38% |
| | | Jo Jorgensen (Lib) | 12 | 0.39% |
| | | **Votes For Seat in County:** | **3,073** | |
| | RICHMOND | Donald J. Trump (I) (Rep) | 26,780 | 30.78% |
| | | Joseph R. Biden (Dem) | 59,119 | 67.95% |
| | | Jo Jorgensen (Lib) | 1,110 | 1.28% |
| | | **Votes For Seat in County:** | **87,009** | |
| | ROCKDALE | Donald J. Trump (I) (Rep) | 13,014 | 29.13% |
| | | Joseph R. Biden (Dem) | 31,237 | 69.91% |
| | | Jo Jorgensen (Lib) | 430 | 0.96% |
| | | **Votes For Seat in County:** | **44,681** | |
| | SCHLEY | Donald J. Trump (I) (Rep) | 1,800 | 79.12% |
| | | Joseph R. Biden (Dem) | 462 | 20.31% |
| | | Jo Jorgensen (Lib) | 13 | 0.57% |
| | | **Votes For Seat in County:** | **2,275** | |
| | SCREVEN | Donald J. Trump (I) (Rep) | 3,915 | 59.08% |
| | | Joseph R. Biden (Dem) | 2,661 | 40.15% |
| | | Jo Jorgensen (Lib) | 51 | 0.77% |
| | | **Votes For Seat in County:** | **6,627** | |
| | SEMINOLE | Donald J. Trump (I) (Rep) | 2,613 | 67.21% |
| | | Joseph R. Biden (Dem) | 1,256 | 32.30% |
| | | Jo Jorgensen (Lib) | 19 | 0.49% |
| | | **Votes For Seat in County:** | **3,888** | |
| | SPALDING | Donald J. Trump (I) (Rep) | 18,104 | 59.93% |
| | | Joseph R. Biden (Dem) | 11,828 | 39.15% |
| | | Jo Jorgensen (Lib) | 279 | 0.92% |
| | | **Votes For Seat in County:** | **30,211** | |
| | STEPHENS | Donald J. Trump (I) (Rep) | 9,367 | 78.81% |
| | | Joseph R. Biden (Dem) | 2,386 | 20.08% |
| | | Jo Jorgensen (Lib) | 132 | 1.11% |
| | | **Votes For Seat in County:** | **11,885** | |
| | STEWART | Donald J. Trump (I) (Rep) | 801 | 40.25% |
| | | Joseph R. Biden (Dem) | 1,182 | 59.40% |
| | | Jo Jorgensen (Lib) | 7 | 0.35% |



# Georgia Secretary of State
## Election Report
### General Election Official Results
### December 4, 2020



| State Contest | County | Choice | Votes | Vote % |
|---|---|---|---|---|
| | | **Votes For Seat in County:** | **1,990** | |
| President of the United States | SUMTER | Donald J. Trump (I) (Rep) | 5,733 | 47.19% |
| | | Joseph R. Biden (Dem) | 6,314 | 51.98% |
| | | Jo Jorgensen (Lib) | 101 | 0.83% |
| | | **Votes For Seat in County:** | **12,148** | |
| | TALBOT | Donald J. Trump (I) (Rep) | 1,392 | 39.52% |
| | | Joseph R. Biden (Dem) | 2,114 | 60.02% |
| | | Jo Jorgensen (Lib) | 16 | 0.45% |
| | | **Votes For Seat in County:** | **3,522** | |
| | TALIAFERRO | Donald J. Trump (I) (Rep) | 360 | 38.79% |
| | | Joseph R. Biden (Dem) | 561 | 60.45% |
| | | Jo Jorgensen (Lib) | 7 | 0.75% |
| | | **Votes For Seat in County:** | **928** | |
| | TATTNALL | Donald J. Trump (I) (Rep) | 6,054 | 73.96% |
| | | Joseph R. Biden (Dem) | 2,062 | 25.19% |
| | | Jo Jorgensen (Lib) | 69 | 0.84% |
| | | **Votes For Seat in County:** | **8,185** | |
| | TAYLOR | Donald J. Trump (I) (Rep) | 2,420 | 62.99% |
| | | Joseph R. Biden (Dem) | 1,388 | 36.13% |
| | | Jo Jorgensen (Lib) | 34 | 0.88% |
| | | **Votes For Seat in County:** | **3,842** | |
| | TELFAIR | Donald J. Trump (I) (Rep) | 2,825 | 65.18% |
| | | Joseph R. Biden (Dem) | 1,488 | 34.33% |
| | | Jo Jorgensen (Lib) | 21 | 0.48% |
| | | **Votes For Seat in County:** | **4,334** | |
| | TERRELL | Donald J. Trump (I) (Rep) | 2,004 | 45.38% |
| | | Joseph R. Biden (Dem) | 2,376 | 53.80% |
| | | Jo Jorgensen (Lib) | 36 | 0.82% |
| | | **Votes For Seat in County:** | **4,416** | |
| | THOMAS | Donald J. Trump (I) (Rep) | 12,969 | 59.29% |
| | | Joseph R. Biden (Dem) | 8,708 | 39.81% |
| | | Jo Jorgensen (Lib) | 195 | 0.89% |
| | | **Votes For Seat in County:** | **21,872** | |



# Georgia Secretary of State
## Election Report
### General Election Official Results
### December 4, 2020



| State Contest | County | Choice | Votes | Vote % |
|---|---|---|---|---|
| President of the United States | TIFT | Donald J. Trump (I) (Rep) | 10,784 | 66.24% |
| | | Joseph R. Biden (Dem) | 5,318 | 32.67% |
| | | Jo Jorgensen (Lib) | 177 | 1.09% |
| | | **Votes For Seat in County:** | **16,279** | |
| | TOOMBS | Donald J. Trump (I) (Rep) | 7,873 | 72.14% |
| | | Joseph R. Biden (Dem) | 2,938 | 26.92% |
| | | Jo Jorgensen (Lib) | 103 | 0.94% |
| | | **Votes For Seat in County:** | **10,914** | |
| | TOWNS | Donald J. Trump (I) (Rep) | 6,384 | 80.01% |
| | | Joseph R. Biden (Dem) | 1,550 | 19.43% |
| | | Jo Jorgensen (Lib) | 45 | 0.56% |
| | | **Votes For Seat in County:** | **7,979** | |
| | TREUTLEN | Donald J. Trump (I) (Rep) | 2,101 | 68.28% |
| | | Joseph R. Biden (Dem) | 952 | 30.94% |
| | | Jo Jorgensen (Lib) | 24 | 0.78% |
| | | **Votes For Seat in County:** | **3,077** | |
| | TROUP | Donald J. Trump (I) (Rep) | 18,142 | 60.38% |
| | | Joseph R. Biden (Dem) | 11,577 | 38.53% |
| | | Jo Jorgensen (Lib) | 328 | 1.09% |
| | | **Votes For Seat in County:** | **30,047** | |
| | TURNER | Donald J. Trump (I) (Rep) | 2,349 | 61.96% |
| | | Joseph R. Biden (Dem) | 1,409 | 37.17% |
| | | Jo Jorgensen (Lib) | 33 | 0.87% |
| | | **Votes For Seat in County:** | **3,791** | |
| | TWIGGS | Donald J. Trump (I) (Rep) | 2,370 | 53.33% |
| | | Joseph R. Biden (Dem) | 2,044 | 45.99% |
| | | Jo Jorgensen (Lib) | 30 | 0.68% |
| | | **Votes For Seat in County:** | **4,444** | |
| | UNION | Donald J. Trump (I) (Rep) | 12,650 | 81.31% |
| | | Joseph R. Biden (Dem) | 2,800 | 18.00% |
| | | Jo Jorgensen (Lib) | 108 | 0.69% |
| | | **Votes For Seat in County:** | **15,558** | |
| | UPSON | Donald J. Trump (I) (Rep) | 8,606 | 66.69% |
| | | Joseph R. Biden (Dem) | 4,203 | 32.57% |
| | | Jo Jorgensen (Lib) | 96 | 0.74% |



# Georgia Secretary of State
## Election Report
### General Election Official Results
### December 4, 2020



| State Contest | County | Choice | Votes | Vote % |
|---|---|---|---|---|
| | | **Votes For Seat in County:** | **12,905** | |
| President of the United States | WALKER | Donald J. Trump (I) (Rep) | 23,173 | 78.94% |
| | | Joseph R. Biden (Dem) | 5,770 | 19.66% |
| | | Jo Jorgensen (Lib) | 411 | 1.40% |
| | | **Votes For Seat in County:** | **29,354** | |
| | WALTON | Donald J. Trump (I) (Rep) | 37,839 | 74.06% |
| | | Joseph R. Biden (Dem) | 12,683 | 24.82% |
| | | Jo Jorgensen (Lib) | 571 | 1.12% |
| | | **Votes For Seat in County:** | **51,093** | |
| | WARE | Donald J. Trump (I) (Rep) | 9,903 | 69.79% |
| | | Joseph R. Biden (Dem) | 4,169 | 29.38% |
| | | Jo Jorgensen (Lib) | 117 | 0.82% |
| | | **Votes For Seat in County:** | **14,189** | |
| | WARREN | Donald J. Trump (I) (Rep) | 1,166 | 44.00% |
| | | Joseph R. Biden (Dem) | 1,468 | 55.40% |
| | | Jo Jorgensen (Lib) | 16 | 0.60% |
| | | **Votes For Seat in County:** | **2,650** | |
| | WASHINGTON | Donald J. Trump (I) (Rep) | 4,668 | 49.26% |
| | | Joseph R. Biden (Dem) | 4,743 | 50.05% |
| | | Jo Jorgensen (Lib) | 66 | 0.70% |
| | | **Votes For Seat in County:** | **9,477** | |
| | WAYNE | Donald J. Trump (I) (Rep) | 9,987 | 78.15% |
| | | Joseph R. Biden (Dem) | 2,688 | 21.03% |
| | | Jo Jorgensen (Lib) | 104 | 0.81% |
| | | **Votes For Seat in County:** | **12,779** | |
| | WEBSTER | Donald J. Trump (I) (Rep) | 748 | 53.77% |
| | | Joseph R. Biden (Dem) | 640 | 46.01% |
| | | Jo Jorgensen (Lib) | 3 | 0.22% |
| | | **Votes For Seat in County:** | **1,391** | |
| | WHEELER | Donald J. Trump (I) (Rep) | 1,583 | 69.28% |
| | | Joseph R. Biden (Dem) | 689 | 30.15% |
| | | Jo Jorgensen (Lib) | 13 | 0.57% |
| | | **Votes For Seat in County:** | **2,285** | |



## Georgia Secretary of State
### Election Report
## General Election Official Results
## December 4, 2020



| State Contest | County | Choice | Votes | Vote % |
|---|---|---|---|---|
| President of the United States | WHITE | Donald J. Trump (I) (Rep) | 12,222 | 82.49% |
| | | Joseph R. Biden (Dem) | 2,411 | 16.27% |
| | | Jo Jorgensen (Lib) | 183 | 1.24% |
| | | **Votes For Seat in County:** | **14,816** | |
| | WHITFIELD | Donald J. Trump (I) (Rep) | 25,644 | 69.75% |
| | | Joseph R. Biden (Dem) | 10,680 | 29.05% |
| | | Jo Jorgensen (Lib) | 442 | 1.20% |
| | | **Votes For Seat in County:** | **36,766** | |
| | WILCOX | Donald J. Trump (I) (Rep) | 2,402 | 73.25% |
| | | Joseph R. Biden (Dem) | 861 | 26.26% |
| | | Jo Jorgensen (Lib) | 16 | 0.49% |
| | | **Votes For Seat in County:** | **3,279** | |
| | WILKES | Donald J. Trump (I) (Rep) | 2,823 | 56.12% |
| | | Joseph R. Biden (Dem) | 2,160 | 42.94% |
| | | Jo Jorgensen (Lib) | 47 | 0.93% |
| | | **Votes For Seat in County:** | **5,030** | |
| | WILKINSON | Donald J. Trump (I) (Rep) | 2,665 | 55.87% |
| | | Joseph R. Biden (Dem) | 2,074 | 43.48% |
| | | Jo Jorgensen (Lib) | 31 | 0.65% |
| | | **Votes For Seat in County:** | **4,770** | |
| | WORTH | Donald J. Trump (I) (Rep) | 6,830 | 73.56% |
| | | Joseph R. Biden (Dem) | 2,395 | 25.79% |
| | | Jo Jorgensen (Lib) | 60 | 0.65% |
| | | **Votes For Seat in County:** | **9,285** | |
| | Total: | Donald J. Trump (I) (Rep) | 2,461,854 | 49.26% |
| | | Joseph R. Biden (Dem) | 2,473,633 | 49.50% |
| | | Jo Jorgensen (Lib) | 62,229 | 1.25% |
| | | **Total Voters For Seat:** | **4,997,716** | |