# Exhibit 4

David J. Shafer

Chairman, Georgia Republican Party

Chairman, Electoral College of Georgia

## **MEMORANDUM**

| | | |
|---|---|---|
| TO: | President of the Senate<br>United States Senate<br>Washington, D.C. 20510 | (By Registered Mail) |
| | Archivist of the United States<br>700 Pennsylvania Avenue, NW<br>Washington, DC 20408 | (By Registered Mail) |
| | Secretary of State<br>State of Georgia<br>214 State Capitol<br>Atlanta, GA 30334 | (By Certified Mail) |
| | Chief Judge, U.S. District Court<br>Northern District of Georgia<br>2188 Richard D. Russell Federal<br>Office Building and U.S. Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA  30303 | (By Certified Mail) |

FROM:   David J. Shafer, Chairperson, Electoral College of Georgia

DATE:   December 14, 2020

RE:     Georgia's Electoral Votes for President and Vice President

Pursuant to 3 U.S.C. § 11, enclosed please find duplicate originals of Georgia's electoral votes for President and Vice President, as follows: two (2) duplicate originals for the President of the Senate and the Archivist, and one (1) duplicate original for the Secretary of State and Chief Judge.

_____
David J. Shafer

STATE OF GEORGIA

COUNTY OF FULTON

# CERTIFICATE OF THE VOTES OF THE
# 2020 ELECTORS FROM GEORGIA

\*\*\*\*\*\*\*\*\*\*

WE, THE UNDERSIGNED, being the duly elected and qualified Electors for President and Vice President of the United States of America from the State of Georgia, do hereby certify the following:

(A) That we convened and organized at the State Capitol, in the City of Atlanta, County of Fulton, Georgia, at 12:00 noon on the 14th day of December, 2020, to perform the duties enjoined upon us;

(B) That David J. Shafer presided and Shawn Still served as Secretary for the meeting.

(C) That the undersigned 2020 Electors from the State of Georgia cast each of their respective ballots for President of the United States of America, as follows:

**FOR DONALD J. TRUMP – 16 VOTES**

JOSEPH BRANNAN

JAMES "KEN" CARROLL

VIKKI TOWNSEND CONSIGLIO

CAROLYN HALL FISHER

HON BURT JONES

GLORIA KAY GODWIN

DAVID G. HANNA

MARK W. HENNESSY

MARK AMICK

JOHN DOWNEY

CATHLEEN ALSTON LATHAM

DARYL MOODY

BRAD CARVER

DAVID SHAFER

SHAWN STILL

C.B. YADAV

(D) That the undersigned 2020 Electors from the State of Georgia cast each of their respective ballots for Vice President of the United States of America, as follows

### FOR MICHAEL R. PENCE – 16 VOTES

JOSEPH BRANNAN

JAMES "KEN" CARROLL

VIKKI TOWNSEND CONSIGLIO

CAROLYN HALL FISHER

HON BURT JONES

GLORIA KAY GODWIN

DAVID G. HANNA

MARK W. HENNESSY

MARK AMICK

JOHN DOWNEY

CATHLEEN ALSTON LATHAM

DARYL MOODY

BRAD CARVER

DAVID SHAFER

SHAWN STILL

C.B. YADAV

Witness the hands and seals of the undersigned as the duly elected and qualified Electors of the President and Vice President of the United States of America from the State of Georgia, this 14th day of December, 2020.

_____(SEAL)
JOSEPH BRANNAN

_____(SEAL)
MARK AMICK

_____(SEAL)
JAMES "KEN" CARROLL

_____(SEAL)
VIKKI TOWNSEND CONSIGLIO

_____(SEAL)
CAROLYN HALL FISHER

_____(SEAL)
JOHN DOWNEY

_____(SEAL)
GLORIA KAY GODWIN

_____(SEAL)
DAVID G. HANNA

_____(SEAL)
MARK W. HENNESSY

_____(SEAL)
BRAD CARVER

_____(SEAL)
CATHLEEN ALSTON LATHAM

_____(SEAL)
DARYL MOODY

_____(SEAL)
BURT JONES

_____(SEAL)
DAVID SHAFER

_____(SEAL)
SHAWN STILL

_____(SEAL)
C.B. YADAV

December 14, 2020

**VIA HAND DELIVERY**

The Honorable Brian P. Kemp
Governor, State of Georgia
206 Washington Street
111 State Capitol
Atlanta, GA  30334

RE:  **Notice of Filling of Electoral College Vacancy**

Dear Governor Kemp,

In accordance with O.C.G.A. § 21-2-12, I hereby give you notice of the following:

1. On December 14, 2020, 12 of the 16 electors pledged to Donald J. Trump for President and Michael R. Pence for Vice President assembled in accordance with O.C.G.A. § 21-2-11;

2. 4 electors, John A Isakson, Patrick Garland, Cj Pearson, Susan Holmes did not appear at the time appointed by law;

3. The Electors present proceeded to fill those vacancies;

4. The Electors elected by unanimous voice vote, Brad Carver, Mark Amick, John Downey, Burt Jones persons of the same political party as the absent Electors;

5. As the presiding officer of the Georgia Electoral College, I am immediately transmitting their names to you, and ask that you notify them in writing of their election as a Presidential Elector to fill the vacant Elector positions, and of their duty to perform, along with the other Electors, the duties required of them by the Constitution and laws of the United States.

This 14th day of December, 2020.

_____
David J. Shafer
Chairman, 2020 Georgia
Electoral College Meeting

Attest:
_____
Shawn Still
Secretary, 2020 Georgia
Electoral College Meeting

# CERTIFICATE OF FILLING VACANCY OF THE 2020 ELECTORS FROM GEORGIA

**\*\*\*\*\*\*\*\*\*\***

Upon the call of the roll, a vacancy became known due to the absence of Elector

## John A. Isakson

Thereupon, by nomination duly made and seconded,

## John Downey

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the State of Georgia to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Georgia hereunto Subscribe their names this 14th day of December, 2020.

_____
David J. Shafer, Chairperson

_____
Shawn Still, Secretary

# CERTIFICATE OF FILLING VACANCY OF THE 2020 ELECTORS FROM GEORGIA

\*\*\*\*\*\*\*\*\*\*

Upon the call of the roll, a vacancy became known due to the absence of Elector

## Susan Holmes

Thereupon, by nomination duly made and seconded,

## Brad Carver

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the State of Georgia to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

IN WITNESS WHEREOF, the undersigned Chairperson and Secretary of the Electoral College of Georgia hereunto Subscribe their names this 14th day of December, 2020.

_____
David J. Shafer, Chairperson

_____
Shawn Still, Secretary

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM GEORGIA

**********

Upon the call of the roll, a vacancy became known due to the absence of Elector

## Patrick Gartland

Thereupon, by nomination duly made and seconded,

## Mark Amick

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the State of Georgia to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Georgia hereunto Subscribe their names this 14th day of December, 2020.

_____
David J. Shafer, Chairperson

_____
Shawn Still, Secretary

# CERTIFICATE OF FILLING VACANCY OF THE 2020 ELECTORS FROM GEORGIA

**\*\*\*\*\*\*\*\*\***

Upon the call of the roll, a vacancy became known due to the absence of Elector

## CJ Pearson

Thereupon, by nomination duly made and seconded,

## Hon. Burt Jones

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the State of Georgia to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Georgia hereunto Subscribe their names this 14th day of December, 2020.

_____
David J. Shafer, Chairperson

_____
Shawn Still, Secretary

December 14, 2020

I, Brian P. Kemp, Governor of the State of Georgia, in accordance with O.C.G.A. § 21-2-12, hereby give notice of the following to _____, _____, and _____ [names of the substituted electors]:

1. On December 14, 2020, \_\_\_\_ of the 16 electors pledged to Donald J. Trump for President and Michael R. Pence for Vice President assembled in accordance with O.C.G.A. § 21-2-11;

2. \_\_\_ electors, _____ [name], _____ [name], and \_\_\_\_\_ name . . . [etc.], did not appear at the time appointed by law;

3. The Electors present then proceeded to fill the vacancies;

4. The Electors elected by unanimous voice vote, _____, _____, and _____, persons of the same political party as the absent Electors;

5. Immediately following that vote of the Electors, David Shafer, the presiding officer of the Electors, transmitted the names of the substitute Electors to me;

6. By this Certificate, I am hereby notifying _____, _____, and _____ of their election to fill the vacant Elector positions.

Witness my hand and seal of
of my office this 14th day of
December, 2020.

_____
Brian P. Kemp, Governor