# Exhibit 5

```
 1                    UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF GEORGIA
 2                           ATLANTA DIVISION

 3

 4   THE STATE OF GEORGIA,           )
                                     )
 5                   PLAINTIFF,      )
                                     )         DOCKET NO:
 6                                   )      1:23-CV-03621-SCJ
                                     )
 7           -VS-                    )
                                     )
 8   MARK RANDALL MEADOWS,           )
                                     )
 9                   DEFENDANT.      )
     _____
10
                  TRANSCRIPT OF EVIDENTIARY PROCEEDINGS
11                 BEFORE THE HONORABLE STEVE C. JONES
                      UNITED STATES DISTRICT JUDGE
12                       MONDAY, AUGUST 28, 2023

13   APPEARANCES:

14   ON BEHALF OF THE PLAINTIFF:

15     ADAM NEY, ESQ.
       ANNA GREEN CROSS, ESQ.
16     DAYSHA D'ANYA YOUNG, ESQ.
       FRANCIS MC DONALD WAKEFORD, IV, ESQ.
17     JOHN WOOTEN, ESQ.
       NATHAN J. WADE, ESQ.
18
     ON BEHALF OF THE DEFENDANT:
19
       GEORGE J. TERWILLIGER, III, ESQ.
20     JOHN S. MORAN, ESQ.
       JOSEPH MATTHEW ENGLERT, ESQ.
21     MICHAEL LEE FRANCISCO, ESQ.
       EMILY ERB KELLEY, ESQ.
22     FRANCIS J. AUL, ESQ.

23         VIOLA S. ZBOROWSKI, RDR, FAPR, CMR, CRR, RPR, CRC
        OFFICIAL COURT REPORTER TO THE HONORABLE STEVE C. JONES
24                   UNITED STATES DISTRICT COURT
                         ATLANTA, GEORGIA
25                         404-215-1479
                  VIOLA_ZBOROWSKI@GAND.USCOURTS.GOV
```

2

1      I N D E X
2
3  WITNESSES:                                              PAGE:

   MARK RANDALL MEADOWS
4
           DIRECT EXAMINATION........................  9
5          CROSS-EXAMINATION......................... 55
           REDIRECT EXAMINATION......................147
6

7  KURT ROBERT HILBERT

8          DIRECT EXAMINATION........................161
           CROSS-EXAMINATION.........................183
9

10 BRAD RAFFENSPERGER

11         DIRECT EXAMINATION........................186
           CROSS-EXAMINATION.........................215
12         REDIRECT EXAMINATION......................222

13

14                              - - - - -

15

16

17

18

19

20

21

22

23

24

25

1   the governor would certify them.
2   **Q.** But as you as the Secretary of State are administering
3   elections and preparing to certify an election, is there
4   anyone in the federal government that you coordinate that
5   action with?
6   **A.** No.
7   **Q.** Is there anyone in the federal government that you
8   consult about the appropriateness of certifying any specific
9   election?
10  **A.** No.
11  **Q.** Anyone in the executive branch -- that's a slightly
12  different question.
13      Anyone in the executive branch that you consult with in
14  the administration or certification of the election results in
15  Georgia?
16  **A.** No.
17  **Q.** What about the President of the United States, does the
18  President of the United States at any given time have any role
19  in the administration of the election activity administration
20  in Georgia?
21  **A.** Not from my understanding.
22  **Q.** Does the President of the United States have any role
23  in the certification of the Georgia elections in your
24  understanding as the Secretary of State?
25  **A.** No.