IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **THE STATE OF GEORGIA**<br><br>v.<br><br>**SHAWN MICAH TRESHER STILL,**<br><br>Defendant. | **CIVIL ACTION FILE**<br><br>**No. 1:23-CV-03792-SCJ**<br><br>**RE: NOTICE OF REMOVAL OF FULTON COUNTY SUPERIOR COURT INDICTMENT NO. 23SC188947** |

## ORDER

This matter appears before the Court on the Motion to Consolidate Evidentiary Hearings (Doc. No. [9]) filed by Defendant Shawn Still. In the exercise of the Court's discretion, the Court orders expedited briefing. To this regard, the State shall file a response brief by **12 p.m., September 12, 2023**.

**IT IS SO ORDERED** this 11th day of September, 2023.

_____
**HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE**