IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE USE OF CELLULAR TELEPHONES AND ELECTRONIC DEVICES ON THE 19TH FLOOR OF THE RICHARD B. RUSSELL BUILDING ON SEPTEMBER 18 AND SEPTEMBER 20, 2023 | ADMINSTRATIVE ORDER NO. 23-04 |

## ORDER

Following consultation with the United States Marshals Service and pursuant to Local Rule 83.4(B), NDGa. (concerning special orders for widely publicized cases), the Court hereby deems it proper and so **ORDERS** that all cellular phones and other electronic devices with cameras are prohibited on the **19th floor** of the Richard B. Russell Federal Building and United States Courthouse on **September 18, 2023 and September 20, 2023**.[1] Cell phones and electronic devices without cameras are allowed consistent with Local Rule 83.4(A), NDGa. but must not be operated in any courtroom or in any public area where their operation is disruptive to a Court proceeding or Court operations. It is further **ORDERED** that the penalty for knowing or willful violation of this Order includes punishment for contempt of court pursuant to 18 U.S.C. § 401.

---

[1] The following authorized officials are excepted from this Order: the United States Marshal and his deputies and staff; the chambers staff and courtroom deputies of the Honorable Steve C. Jones, the Honorable Mark H. Cohen, the Honorable Michael L. Brown, and the Honorable J.P. Boulee; the Clerk of Court and his chief deputies; court reporters with offices or proceedings on the 19th floor; the Court's IT staff; and the Court's facilities management staff.

Administrative Order 23-04
Page 2

IT IS SO ORDERED this 11th day of September, 2023.

_____
HON. TIMOTHY C. BATTEN, SR.
CHIEF U.S. DISTRICT JUDGE

cc: All Northern District of Georgia Judges, Bankruptcy Judges, and Magistrate Judges
United States Marshal
United States Attorney
Federal Public Defender
Clerk of Court / District Court Executive
Clerk, Bankruptcy Court
Chief Probation Officer