# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE STATE OF GEORGIA, ) | |
| ) | CIVIL ACTION NO. |
| ) | 1:23-CV-03792-SCJ |
| ) | |
| v. ) | |
| ) | RE: NOTICE OF REMOVAL |
| ) | OF FULTON COUNTY |
| ) | SUPERIOR COURT |
| SHAWN MICAH TRESHER STILL, ) | INDICTMENT NO. |
| ) | 23SC188947 |
| Defendant. ) | |

## STATE OF GEORGIA'S RESPONSE
## TO DEFENDANT SHAWN STILL'S MOTION TO CONSOLIDATE

Defendant Still has requested the evidentiary hearing currently scheduled for September 18, 2023 on his Notice of Removal be consolidated with that of two co-defendants (Shafer and Latham) that will take place on September 20, 2023. [Doc. 9]. The State, pursuant to this Court's order requiring a response to Still's request, has no objection to the consolidation of the evidentiary hearings. [Doc. 10].

Respectfully submitted, this 11th day of September 2023.

**FANI T. WILLIS**
**DISTRICT ATTORNEY**
**ATLANTA JUDICIAL CIRCUIT**

*/s/ Anna Green Cross*
Anna Green Cross
Special Prosecutor
Atlanta Judicial Circuit
Georgia Bar No. 306674
136 Pryor Street SW, Third Floor
Atlanta, Georgia 30303
anna@crosskincaid.com


F. McDonald Wakeford
Chief Senior Assistant District Attorney
Atlanta Judicial Circuit
Georgia Bar No. 414898
136 Pryor Street SW, Third Floor
Atlanta, Georgia 30303
Fmcdonald.wakeford@fultoncountyga.gov

## CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies that this pleading complies with the Local Rules of this Court, including Local Rules 5.1.C and 7.1.D (N.D. Ga.) in that it is double-spaced and composed in 14-point Times New Roman font.

This 11th day of September 2023.

/s/ *Anna Green Cross*
Anna Green Cross
Special Prosecutor
Atlanta Judicial Circuit
Georgia Bar No. 306674