# EXHIBIT A

*Ronald B. Jamieson*

## IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT

### STATE OF HAWAII

CIVIL NO. *7029*

HERMAN T. F. LUM, ERNEST I. MURAI, )
DOLORES MARTIN, WILLIAM R. NORWOOD, )
HUNG LEONG CHING, EDITH DeMATTA, )
JAMES H. KAMO, H. TUCKER GRATZ, )
JEAN SHARPLESS, T. S. GOO, TADAO )
BEPPU, ROBERT C. GILKEY, MITSUYUKI )
KIDO, RICHARD KAGEYAMA, DUKE KAWASAKI, )
REVOCATO MEDINA, WALTER M. HEEN, )
RUPERT R. WEBB, LOUIS LE BARON, )
MILDRED CURLEY, KAIPO KAUHANE, DENISE )
CHU, JOSHUA CHU, SHIZUE KASHIMA, )
JOE MOTTL, BERTRAM KANBARA, HARRY G. )
ALBRIGHT, SAM TANNA, HIROSHI KATO and )
THOMAS P. GILL, )

                              Complainants  )

              vs.                           )

GAVIEN A. BUSH, O. P. SOARES and           )
J. HOWARD WORRALL, PRESIDENTIAL            )
ELECTORS, MRS. JAMES BEATTY, CHRIS         )
HOLT, DAVID KAHOOKELE, ARTHUR KAU,         )
TETSUICHI KURATA and HENRY YAMASHITA,      )
ALTERNATE PRESIDENTIAL ELECTORS, and       )
JAMES K. KEALOHA AS LIEUTENANT GOVERNOR    )
OF THE STATE OF HAWAII,                     )

                              Defendants   )

1ST CIRCUIT COURT
STATE OF HAWAII

FILED

1960 NOV 22 PM 3 00

*W. C. Ing*

CONTESTED ELECTION
UNDER CHAPTER 11
REVISED LAWS OF
HAWAII 1955

*Answered by
AG Nov
30, 1960*

*I do hereby certify that the attached folio is*

# COMPLAINT

*Are true and correct copies of the originals on
file in this office.*

Clerk, Circuit Court, First Circuit,
State of Hawaii

R. G. DODGE
602 Trustco Building
Honolulu, Hawaii

      and

ALVIN SHIM
446 Merchandise Mart Building
Honolulu, Hawaii

Attorneys for Complainants

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT

STATE OF HAWAII

CIVIL NO. _____

| | |
|---|---|
| HERMAN T. F. LUM, ERNEST I. MURAI, DOLORES MARTIN, WILLIAM R. NORWOOD, HUNG LEONG CHING, EDITH DeMATTA, JAMES H. KAMO, H. TUCKER GRATZ, JEAN SHARPLESS, T. S. GOO, TADAO BEPPU, ROBERT C. GILKEY, MITSUYUKI KIDO, RICHARD KAGEYAMA, DUKE KAWASAKI, REVOCATO MEDINA, WALTER M. HEEN, RUPERT R. WEBB, LOUIS LE BARON, MILDRED CURLEY, KAIPO KAUHANE, DENISE CHU, JOSHUA CHU, SHIZUE KASHIMA, JOE MOTTL, BERTRAM KANBARA, HARRY G. ALBRIGHT, SAM TANNA, HIROSHI KATO and THOMAS P. GILL, | CONTESTED ELECTION UNDER CHAPTER 11 REVISED LAWS OF HAWAII 1955 |

Complainants

vs.

GAVIEN A. BUSH, O. P. SOARES and
J. HOWARD WORRALL, PRESIDENTIAL
ELECTORS, MRS. JAMES BEATTY, CHRIS
HOLT, DAVID KAHOOKELE, ARTHUR KAU,
TETSUICHI KURATA and HENRY YAMASHITA,
ALTERNATE PRESIDENTIAL ELECTORS, and
JAMES K. KEALOHA AS LIEUTENANT GOVERNOR
OF THE STATE OF HAWAII,

Defendants

C O M P L A I N T

To the Honorable Presiding Judge
of the Circuit Court of the First
Judicial Circuit, State of Hawaii:

Complainants above named, for cause, respectfully
represent to this Honorable Court as follows:

I

That each of the complainants above named is a
citizen of the United States and of the State of Hawaii,

*admitted by AG*

*Admitted by A G*

is a resident of the City and County of Honolulu, and is a duly qualified voter in the election district styled the "Honolulu district."

## II

That Gavien A. Bush, O. P. Soares and J. Howard Worrall were, and at all times mentioned herein and are now, the nominees of the Republican Party for Presidential Electors and Mrs. James Beatty, Chris Holt, David Kahookele, *Admitted by A G* Arthur Kau, Tetsuichi Kurata and Henry Yamashita were, and at all times mentioned herein and are now, the nominees of the Republican Party for alternate Presidential Electors in the State of Hawaii; and that James K. Kealoha was, and at all times mentioned herein and is now, the duly elected, qualified and acting Lieutenant Governor of the State of Hawaii.

## III

That a general election was duly held in the State of Hawaii on November 8, 1960, as provided by law; that at such election the duly nominated candidates of the respective political parties for the offices of President and Vice President, respectively, of the United *Admitted by A G* States were John F. Kennedy and Lyndon B. Johnson, nominees of the Democratic Party, and Richard M. Nixon and Henry Cabot Lodge, nominees of the Republican Party; that at said election the names of such nominees were used on the ballots in lieu of the names of the presidential electors and the votes cast for such nominees were thereafter counted for the presidential electors and alternates

-2-

*Admitted by A G*

of each political party.

## IV

That following the said election, the returns thereof were received from the Boards of Election Inspectors at the several polling precincts within the said State of Hawaii by said James K. Kealoha, who caused a tabulation thereof to be made pursuant to the provisions of law, which tabulation disclosed that, as shown by said returns, a total of 92,505 ballots had been decided by said Boards of Election Inspectors to be counted as valid ballots cast for defendant electors and alternates, and a total of

*Admitted by A G*

92,364 ballots had been decided by said Boards of Election Inspectors to be counted as valid ballots cast for the presidential electors and alternates of the Democratic Party, said returns therefor showing that said Boards of Election Inspectors had decided that 141 more valid ballots should be counted as cast for defendant electors and alternates than should be counted as cast for said presidential electors and alternates of the Democratic Party and, thereupon, and pursuant to law, said James K. Kealoha, on November 16, 1960, caused his certificate to be made declaring that said defendants were the duly elected presidential electors and alternates of the State of Hawaii.

## V

That at said general election the said Boards of

*Admitted by A G*

Election Inspectors at each of the several polling precincts within the said State of Hawaii decided questions

-3-

as to the validity of such ballots cast for said offices
of President and Vice President, which decisions included
decisions on the question of the number of valid ballots
to be counted as cast for each of the two sets of presidential
electors and alternates, on the number of ballots cast but
which should be rejected and therefore not to be counted
for either set of said presidential electors and alternates,
and on the question of the number of ballots cast but upon
which no choice of candidates for President and Vice
'President had been marked by the voter casting the ballot
and therefore not to be counted for either set of said
presidential electors and alternates.

*Admitted by AG*

## VI

That, notwithstanding the duty of the several
Boards of Election Inspectors to make correct decisions
with respect to each and every ballot for the election of
said presidential electors and alternates, Boards of Election
Inspectors did fail to make correct decisions in each and
every of the polling precincts specifically mentioned in
this complaint and in the exhibits and affidavits attached
hereto and made a part hereof.

*Denied by AG*

## VII

That, for example, the official results of votes
cast delivered to defendant James K. Kealoha by the Board
of Election Inspectors of the 10th precinct of the 8th
Representative District show that the said Board decided
as follows:  that a total of 1431 votes were cast; that of

*Denied by AG*

-4-

this total, 1401 valid votes were counted as cast for all presidential electors and alternates; that 5 ballots were counted as rejected and that no ballots were counted as being not marked for either set of said electors and alternates but made mistaken decisions with respect to 25 ballots in that the said Board failed to count said 25 ballots in any manner.

VIII

That the mistaken decisions of the said Board of Election Inspectors of the 10th precinct of the 8th Representative District, as well as the mistaken decisions of each other Board of Election Inspectors in other polling precincts within the State of Hawaii wherein said Boards failed to count ballots cast in any manner, have been set forth in tabular form in order to facilitate the presentation in this complaint of the facts in relation thereto, said tabulation being attached hereto, marked "Exhibit A" and made a part hereof.

*Denied by AG*

IX

That, for example, the official results of votes cast delivered to defendant James K. Kealoha by the Board of Election Inspectors of the 1st precinct of the 10th Representative District show that the said Board decided as follows:  that a total of 1178 votes were cast; that of this total, 1151 votes were cast for all presidential electors and alternates; that 24 ballots were counted as rejected and that 10 ballots were counted as being not

marked for either set of said electors and alternates;
that the total of the valid ballots decided to be counted
as being cast for the said electors and alternates, plus
the ballots decided to be counted as rejected, plus the
ballots decided to be counted as being not marked for
either set of said electors and alternates exceeds by 7
the total of all ballots counted as having been cast.

X

That the mistaken decisions of the said Board
of Election Inspectors of the 1st precinct of the 10th
Representative District, as well as the mistaken decisions
of each other Board of Election Inspectors in other polling
precincts within the State of Hawaii wherein said Boards
made decisions concerning more ballots than were counted
as being cast at such polling precinct, have been set forth
in tabular form in order to facilitate the presentation in
this complaint of the facts in relation thereto, said tabu-
lation being attached hereto, marked "Exhibit B" and made
a part hereof.

(XI)

That, as shown by said Exhibit A hereof, the
several Boards of Election Inspectors made mistaken deci-
sions with respect to ballots cast for said presidential
electors and alternates as to the validity of a total number
of 1283 ballots, and, in fact, failed to count said 1283
ballots in any manner.

*Denied by AG*

XII

That by reason of the fact that said Boards of
Election Inspectors made mistaken decisions regarding the
validity of a total of 1283 ballots with respect to ballots
cast for said presidential electors and alternates, and in
fact failed to count said 1283 ballots in any manner, said
total being far in excess of the 141 vote difference be-
tween the total number of valid ballots decided to be
counted for defendant electors and alternates and the
total number of valid ballots decided to be counted for
electors and alternates of the Democratic Party, that the
true result of said election cannot be determined, the
aforesaid mistaken decisions of said Boards of Election
Inspectors should be corrected and that such correction
is required in order that the true will of the qualified
voters voting for said candidates for said offices may be
ascertained.

*Denied by AG*

XIII

That, as shown by said Exhibit B hereof, the
several Boards of Election Inspectors made mistaken deci-
sions with respect to ballots cast for said offices of
President and Vice President as to the number of ballots
to be counted, in that they counted 235 *269* more ballots
than were cast in the precincts identified in said Exhibit
B.

XIV

That by reason of the fact that said Boards of
Election Inspectors made mistaken decisions in that they

-7-

269

did count 235 more ballots than had been cast for said

offices of President and Vice President, said total being

far in excess of the 141 vote difference between the votes

counted for the defendant electors and alternates as afore-

said, that the true result of said election cannot be de-

termined, the aforesaid mistaken decisions of said Boards

of Election Inspectors should be corrected and that such

correction is required in order that the true will of the

qualified voters voting for said candidates for said offices

'may be ascertained.

XV

That as a further cause, complainants allege that

a correct result of the presidential election in the State

of Hawaii cannot be ascertained because of mistakes made by

inspectors of election on or about November 8, 1960, and

evidenced by affidavits attached hereto as follows:

*XV fails to state claim. AG Δs without knowledge*

*See Exhibit A →*

A. Affidavit No. 1 in which Kenichi Sayegusa,
chief inspector of the 6th precinct of the
14th Representative District, personally
observed that ballots cast for John F.
Kennedy and Lyndon B. Johnson were counted
for the presidential electors and alternates
of the Democratic Party but, through mistake,
tally marks for such ballots were not
recorded and entered on the tally sheet
submitted to defendant Kealoha. *The number of ballots counted but not tallied for the election of the Democratic party was 45.*

*45 votes unaccounted for*

*See Exhibit B →*

B. Affidavit No. 2 in which Hiroshi Sakai, a
watcher at the 17th precinct of the 15th
Representative District, personally observed
election inspectors and/or clerks counting
ballots marked with two crosses (x's) placed
in the square opposite the names of Richard
M. Nixon and Henry Cabot Lodge as valid
ballots for the Republican Party's presi-
dential electors and alternates.

*Votes for Pr VP: 996
Votes cast: 949*

That the manner of counting ballots, as set forth

in said affidavits, is contrary to law and contrary to the

-8-

practice followed by other boards of election inspectors at other precincts.



XVI

That complainants are informed and believe and upon such information and belief allege that since the original count of ballots by the Boards of Election Inspectors at the aforesaid polling precincts, said ballots have been preserved in the manner required by law, that said ballots have been delivered to and are now in the custody of defendant James K. Kealoha and are the identical ballots cast by the voters at said polling precincts and that said ballots have not in any way been tampered with.

*Admitted by AG*

XVII

That complainants bring this action under all the pertinent provisions of law, and more particularly under *Section 1 (t) of Act 191, Session Laws of Hawaii 1955.* ~~Part 1A of Chapter 11 of the Revised Laws of Hawaii 1955.~~

WHEREFORE, complainants pray that the defendants be summoned to answer this complaint, that a hearing hereon be held as expeditiously as possible and that upon such hearing the sealed packets of ballots for each of the several polling precincts set forth hereinabove be ordered delivered to this Court and opened in the presence of the Presiding Judge of this Court and the contents thereof examined for the purpose of correcting each and every of the mistaken decisions of the Boards of Election Inspectors at said polling precincts for the purpose of determining the true number of valid ballots which should be counted for defendant

electors and alternates and which should be counted for
the presidential electors and alternates of the Democratic
Party and that, following said examination, this Court give
a judgment, stating all findings of fact and of law, that
either said defendant electors and alternates or the
presidential electors and alternates of the Democratic
Party received a true majority or plurality of the votes
cast and are thereby elected, and that complainants have
such other and further relief as to this Honorable Court
'seems just and proper.

DATED:  Honolulu, Hawaii, this *22nd* day of
November, 1960.

> R. G. DODGE
> 602 Trustco Building
> Honolulu, Hawaii
>
> and
>
> ALVIN SHIM
> 446 Merchandise Mart Building
> Honolulu, Hawaii
>
> Attorneys for Complainants
>
> By _____
>         R. G. DODGE

EXHIBIT A

## TABULATION OF POLLING PRECINCTS WHEREIN BOARDS OF ELECTION INSPECTORS FAILED TO MAKE DECISIONS ON ALL BALLOTS CAST

1, 2, 3

| Polling Precinct No. | Total votes counted for offices of President and Vice President * | Rejected Ballots | Blank Ballots | Total Ballots concerning which decisions were made | Total Votes Cast | No. of ballots for which no decision was made |
|---|---|---|---|---|---|---|
| **FIRST REPRESENTATIVE DISTRICT** | | | | | | |
| Precinct No. 2 | 39 | 1 | 0 | 40 | 41 | 1 |
| Precinct No. 4 | 368 | 1 | 0 | 369 | 374 | 5 |
| Precinct No. 6 | 394 | 2 | 1 | 397 | 404 | 7 |
| Precinct No. 7 | 266 | 1 | 3 | 270 | 273 | 3 |
| Precinct No. 8 | 689 | 0 | 1 | 690 | 698 | 8 |
| | | | | | Sub total | 24 |
| **SECOND REPRESENTATIVE DISTRICT** | | | | | | |
| Precinct No. 1 | 982 | 11 | 2 | 995 | 999 | 4 |
| Precinct No. 3 | 586 | 6 | 1 | 593 | 594 | 1 |
| Precinct No. 4 | 920 | 1 | 4 | 925 | 937 | 12 |
| Precinct No. 5 | 532 | 3 | 0 | 535 | 537 | 2 |
| Precinct No. 7 | 606 | 0 | 1 | 607 | 611 | 4 |
| Precinct No. 8 | 260 | 0 | 0 | 260 | 261 | 1 |
| Precinct No. 10 | 671 | 1 | 1 | 673 | 678 | 5 |
| Precinct No. 11 | 517 | 4 | 0 | 521 | 525 | 4 |
| Precinct No. 12 | 487 | 8 | 2 | 497 | 499 | 2 |
| Precinct No. 14 | 893 | 0 | 0 | 893 | 909 | 16 |
| Precinct No. 16 | 216 | 0 | 0 | 216 | 219 | 3 |

*Title has been simplified. Votes actually counted for presidential electors and alternates.

| Polling Precinct No. | Total votes counted for offices of President and Vice President | Rejected Ballots | Blank Ballots | Total Ballots concerning which decisions were made | Total Votes Cast | No. of ballots for which no decision was made |
|---|---|---|---|---|---|---|
| **SECOND REPRESENTATIVE DISTRICT** | | | | | | |
| Precinct No. 17 | 488 | 0 | 0 | 488 | 491 | 3 |
| Precinct No. 18 | 513 | 2 | 1 | 516 | 530 | 14 |
| Precinct No. 19 | 1105 | 1 | 0 | 1106 | 1116 | 10 |
| Precinct No. 20 | 347 | 0 | 1 | 348 | 350 | 2 |
| Precinct No. 21 | 338 | 0 | 0 | 338 | 349 | 11 |
| Precinct No. 22 | 399 | 2 | 1 | 402 | 406 | 4 |
| | | | | | Sub total | 98 |
| **THIRD REPRESENTATIVE DISTRICT** | | | | | | |
| Precinct No. 3 | 234 | 1 | 0 | 235 | 237 | 2 |
| Precinct No. 4 | 490 | 0 | 2 | 492 | 498 | 6 |
| Precinct No. 6 | 217 | 0 | 2 | 219 | 220 | 1 |
| Precinct No. 7 | 701 | 2 | 18 | 721 | 725 | 4 |
| Precinct No. 8 | 184 | 1 | 0 | 185 | 191 | 6 |
| Precinct No. 9 | 221 | 1 | 0 | 222 | 225 | 3 |
| | | | | | Sub total | 22 |
| **FOURTH REPRESENTATIVE DISTRICT** | | | | | | |
| Precinct No. 1 | 574 | 4 | 1 | 579 | 597 | 18 |
| Precinct No. 4 | 81 | 2 | 0 | 83 | 90 | 7 |
| Precinct No. 5 | 393 | 0 | 1 | 394 | 401 | 7 |
| Precinct No. 6 | 1180 | 19 | 2 | 1201 | 1212 | 11 |
| Precinct No. 7 | 507 | 9 | 0 | 516 | 519 | 3 |
| Precinct No. 8 | 394 | 5 | 3 | 402 | 411 | 9 |
| | | | | | Sub total | 55 |

| Polling Precinct No. | Total votes counted for offices of President and Vice President | Rejected Ballots | Blank Ballots | Total Ballots concerning which decisions were made | Total Votes Cast | No. of ballots for which no decision was made |
|---|---|---|---|---|---|---|
| **FIFTH REPRESENTATIVE DISTRICT** | | | | | | |
| Precinct No. 4 | 652 | 3 | 1 | 656 | 661 | 5 |
| Precinct No. 5 | 39 | 0 | 0 | 39 | 42 | 3 |
| Precinct No. 6 | 85 | 0 | 0 | 85 | 88 | 3 |
| Precinct No. 7 | *312.312 661 349 351* | 6 | 1 | 668 | 688 | 20 |
| Precinct No. 8 | 309 | 0 | 2 | 311 | 321 | 10 |
| | | | | | Sub total | 41 |
| **SIXTH REPRESENTATIVE DISTRICT** | | | | | | |
| Precinct No. 1 | 632 | 12 | 0 | 644 | 645 | 1 |
| Precinct No. 3 | 195 | 4 | 2 | 201 | 204 | 3 |
| Precinct No. 4 | 727 | 14 | 0 | 741 | 747 | 6 |
| Precinct No. 6 | 215 | 1 | 0 | 216 | 217 | 1 |
| Precinct No. 7 | 215 | 0 | 0 | 215 | 222 | 7 |
| | | | | | Sub total | 18 |
| **SEVENTH REPRESENTATIVE DISTRICT** | | | | | | |
| Precinct No. 3 | 945 | 1 | 3 | 949 | 964 | 15 |
| Precinct No. 4 | 656 | 5 | 1 | 662 | 667 | 5 |
| Precinct No. 5 | 33 | 1 | 0 | 34 | 35 | 1 |
| Precinct No. 7 | 1143 | 3 | 1 | 1147 | 1154 | 7 |
| Precinct No. 8 | 919 | 1 | 0 | 920 | 935 | 15 |
| Precinct No. 9 | 665 | 3 | 0 | 668 | 676 | 8 |
| Precinct No. 10 | 297 | 0 | 1 | 298 | 303 | 5 |
| Precinct No. 12 | 1818 | 4 | 0 | 1822 | 1843 | 21 |
| Precinct No. 13 | 1082 | 1 | 17 | 1100 | 1115 | 15 |

| Polling Precinct No. | Total votes counted for offices of President and Vice President | Rejected Ballots | Blank Ballots | Total Ballots concerning which decisions were made | Total Votes Cast | No. of ballots for which no decision was made |
|---|---|---|---|---|---|---|
| **SEVENTH REPRESENTATIVE DISTRICT (Contd.)** | | | | | | |
| Precinct No. 14 | 449 | 3 | 1 | 453 | 455 | 2 |
| Precinct No. 15 | 529 | 6 | 1 | 536 | 537 | 1 |
| Precinct No. 16 | 830 | 21 | 4 | 855 | 861 | 6 |
| Precinct No. 18 | 983 | 7 | 1 | 991 | 992 | 1 |
| Precinct No. 21 | 79 | 0 | 0 | 79 | 82 | 3 |
| Precinct No. 22 | 20 | 0 | 0 | 20 | 21 | 1 |
| Precinct No. 23 | 308 | 1 | 1 | 310 | 315 | 5 |
| Precinct No. 25 | 25 | 0 | 0 | 25 | 26 | 1 |
| | | | | | Sub total | 112 |
| **EIGHTH REPRESENTATIVE DISTRICT** | | | | | | |
| Precinct No. 1 | 1502 | 26 | 2 | 1530 | 1531 | 1 |
| Precinct No. 7 | 1802 | 18 | 0 | 1820 | 1824 | 4 |
| Precinct No. 9 | 790 | 9 | 3 | 802 | 812 | 10 |
| Precinct No. 10 | 1401 | 5 | 0 | 1406 | 1431 | 25 |
| Precinct No. 11 | 983 | 13 | 2 | 998 | 999 | 1 |
| Precinct No. 12 | 729 | 0 | 2 | 731 | 748 | 17 |
| Precinct No. 13 | 905 | 18 | 2 | 925 | 928 | 3 |
| Precinct No. 14 | 522 | 3 | 0 | 525 | 526 | 1 |
| | | | | | Sub total | 62 |
| **NINTH REPRESENTATIVE DISTRICT** | | | | | | |
| Precinct No. 2 | 999 | 1 | 2 | 1002 | 1015 | 13 |
| Precinct No. 3 | 1596 | 18 | 1 | 1615 | 1617 | 2 |
| Precinct No. 4 | 1029 | 9 | 0 | 1038 | 1042 | 4 |
| Precinct No. 5 | 1191 | 24 | 1 | 1216 | 1221 | 5 |
| Precinct No. 6 | 1032 | 1 | 1 | 1034 | 1044 | 10 |
| | | | | | Sub total | 34 |

A 587
B 523
C 545
‾‾‾‾
1655

A 304
B 387
C 353
‾‾‾‾
1044

A 22
B 13
C 26
‾‾‾
61

A 3
B 3
C 4
‾‾‾
10

A 916
B 926
C 928
‾‾‾‾
2770

| Polling Precinct No. | Total votes counted for offices of President and Vice President | Rejected Ballots | Blank Ballots | Total Ballots concerning which decisions were made | Total Votes Cast | No. of ballots for which no decision was made |
|---|---|---|---|---|---|---|
| **TENTH REPRESENTATIVE DISTRICT** | | | | | | |
| Precinct No. 2 | 1064 | 37 | 4 | 1105 | 1111 | 6 |
| Precinct No. 3 | 1300 | 20 | 0 | 1320 | 1326 | 6 |
| Precinct No. 5 | 2707 | 4 | 2 | 2713 | 2770 | 57 |
| Precinct No. 6 | 2117 | 14 | 0 | 2131 | 2137 | 6 |
| Precinct No. 7 | 1019 | 10 | 1 | 1030 | 1031 | 1 |
| Precinct No. 9 | 932 | 4 | 0 | 936 | 957 | 21 |
| Precinct No. 10 | 720 | 0 | 0 | 720 | 732 | 12 |
| Precinct No. 13 | 1365 | 8 | 0 | 1373 | 1375 | 2 |
| | | | | | Sub total | 111 |
| **ELEVENTH REPRESENTATIVE DISTRICT** | | | | | | |
| Precinct No. 2 | 1126 | 0 | 0 | 1126 | 1150 | 24 |
| Precinct No. 3 | 868 | 18 | 1 | 887 | 926 | 39 |
| Precinct No. 4 | 1749 | 31 | 1 | 1781 | 1788 | 7 |
| Precinct No. 7 | 1170 | 30 | 0 | 1200 | 1207 | 7 |
| Precinct No. 8 | 956 | 3 | 0 | 959 | 967 | 8 |
| Precinct No. 9 | 837 | 1 | 0 | 838 | 850 | 12 |
| Precinct No. 10 | 694 | 3 | 1 | 698 | 700 | 2 |
| Precinct No. 11 | 1061 | 2 | 2 | 1065 | 1078 | 13 |
| Precinct No. 12 | 580 | 2 | 2 | 584 | 586 | 2 |
| | | | | | Sub total | 114 |
| **TWELFTH REPRESENTATIVE DISTRICT** | | | | | | |
| Precinct No. 1 | 847 | 3 | 0 | 850 | 859 | 9 |
| Precinct No. 2 | 1506 | 6 | 0 | 1512 | 1524 | 12 |
| Precinct No. 4 | 1314 | 21 | 1 | 1336 | 1344 | 8 |
| Precinct No. 5 | 955 | 8 | 0 | 963 | 969 | 6 |

Handwritten annotations near Precinct No. 5 (Tenth): 1655 1657 2707 1050 1044

Handwritten annotations near Precinct No. 3 (Eleventh): 565 551 565 868 3/7 321

| Polling Precinct No. | Total votes counted for offices of President and Vice President | Rejected Ballots | Blank Ballots | Total Ballots concerning which decisions were made | Total Votes Cast | No. of ballots for which no decision was made |
|---|---|---|---|---|---|---|
| **TWELFTH REPRESENTATIVE DISTRICT (Contd.)** | | | | | | |
| Precinct No. 9 | 1308 | 26 | 1 | 1335 | 1337 | 2 |
| Precinct No. 10 | 462 | 2 | 0 | 464 | 465 | 1 |
| | | | | | Sub total | 38 |
| **THIRTEENTH REPRESENTATIVE DISTRICT** | | | | | | |
| Precinct No. 2 | 887 | 13 | 0 | 900 | 903 | 3 |
| Precinct No. 4 | 890 | 5 | 0 | 895 | 897 | 2 |
| Precinct No. 5 | 1130 | 5 | 0 | 1135 | 1166 | 31 |
| Precinct No. 7 | 567 | 21 | 5 | 593 | 597 | 4 |
| Precinct No. 9 | 578 | 2 | 0 | 580 | 599 | 19 |
| | | | | | Sub total | 59 |
| **FOURTEENTH REPRESENTATIVE DISTRICT** | | | | | | |
| Precinct No. 1 | 1766 | 17 | 3 | 1786 | 1789 | 3 |
| Precinct No. 4 | 576 | 5 | 0 | 581 | 586 | 5 |
| Precinct No. 5 | 584 | 0 | 0 | 584 | 585 | 1 |
| Precinct No. 6 | 647 | 15 | 1 | 663 | 708 | 45 |
| Precinct No. 7 | 874 | 16 | 0 | 890 | 912 | 22 |
| Precinct No. 8 | 308 | 5 | 0 | 313 | 325 | 12 |
| Precinct No. 12 | 463 | 0 | 0 | 463 | 470 | 7 |
| Precinct No. 13 | 1356 | 9 | 1 | 1366 | 1375 | 9 |
| Precinct No. 14 | 1065 | 21 | 0 | 1086 | 1092 | 6 |
| Precinct No. 15 | 953 | 14 | 1 | 968 | 977 | 9 |
| Precinct No. 16 | 883 | 18 | 1 | 902 | 905 | 3 |
| Precinct No. 18 | 1071 | 14 | 0 | 1085 | 1089 | 4 |
| | | | | | Sub total | 126 |

Handwritten annotations near Fourteenth Representative District: 351 / 296 / 5 393 / 298 / 15 / 1+1

| Polling Precinct No. | Total votes counted for offices of President and Vice President | Rejected Ballots | Blank Ballots | Total Ballots concerning which decisions were made | Total Votes Cast | No. of ballots for which no decision was made |
|---|---|---|---|---|---|---|
| **FIFTEENTH REPRESENTATIVE DISTRICT** | | | | | | |
| Precinct No. 1 | 1064 | 12 | 1 | 1077 | 1080 | 3 |
| Precinct No. 2 | 997 | 6 | 0 | 1003 | 1004 | 1 |
| Precinct No. 4 | 855 | 7 | 0 | 862 | 865 | 3 |
| Precinct No. 7 | 1637 | 1 | 5 | 1643 | 1656 | 13 |
| Precinct No. 8 | 844 | 1 | 10 | 855 | 856 | 1 |
| Precinct No. 9 | 727 | 4 | 0 | 731 | 733 | 2 |
| Precinct No. 11 | 962 | 12 | 1 | 975 | 976 | 1 |
| Precinct No. 12 | 1003 | 0 | 0 | 1003 | 1026 | 23 |
| Precinct No. 13 | 1138 | 8 | 1 | 1147 | 1148 | 1 |
| Precinct No. 14 | 675 | 11 | 0 | 686 | 688 | 2 |
| Precinct No. 15 | 774 | 1 | 0 | 775 | 778 | 3 |
| Precinct No. 16 | 800 | 7 | 0 | 807 | 808 | 1 |
| Precinct No. 18 | 1146 | 0 | 0 | 1146 | 1158 | 12 |
| Precinct No. 19 | 1127 | 0 | 0 | 1127 | 1137 | 10 |
| Precinct No. 20 | 1300 | 21 | 0 | 1321 | 1324 | 3 |
| Precinct No. 21 | 1672 | 11 | 1 | 1684 | 1695 | 11 |
| | | | | | Sub total | 90 |
| **SIXTEENTH REPRESENTATIVE DISTRICT** | | | | | | |
| Precinct No. 1 | 1270 | 2 | 2 | 1274 | 1293 | 19 |
| Precinct No. 2 | 355 | 1 | 0 | 356 | 364 | 8 |
| Precinct No. 3 | 735 | 8 | 1 | 744 | 747 | 3 |
| Precinct No. 4 | 1156 | 12 | 0 | 1168 | 1170 | 2 |
| Precinct No. 6 | 922 | 4 | 1 | 927 | 934 | 7 |
| Precinct No. 7 | 1669 | 19 | 1 | 1689 | 1699 | 10 |
| Precinct No. 8 | 1505 | 21 | 0 | 1526 | 1527 | 1 |
| Precinct No. 10 | 583 | 0 | 0 | 583 | 587 | 4 |
| Precinct No. 11 | 735 | 2 | 9 | 746 | 750 | 4 |
| Precinct No. 12 | 582 | 11 | 0 | 593 | 596 | 3 |
| Precinct No. 14 | 848 | 4 | 0 | 852 | 875 | 23 |
| Precinct No. 15 | 713 | 3 | 0 | 716 | 726 | 10 |
| Precinct No. 16 | 1043 | 4 | 0 | 1047 | 1062 | 15 |
| | | | | | Sub total | 109 |

| Polling Precinct No. | Total votes counted for offices of President and Vice President | Rejected Ballots | Blank Ballots | Total Ballots concerning which decisions were made | Total Votes Cast | No. of ballots for which no decision was made |
|---|---|---|---|---|---|---|
| **SEVENTEENTH REPRESENTATIVE DISTRICT** | | | | | | |
| Precinct No. 2 | 1278 | 18 | 1 | 1297 | 1305 | 8 |
| Precinct No. 3 | 1192 | 6 | 0 | 1198 | 1203 | 5 |
| Precinct No. 4 | 1160 | 5 | 1 | 1166 | 1168 | 2 |
| Precinct No. 6 | 1350 | 9 | 0 | 1359 | 1364 | 5 |
| Precinct No. 7 | 1254 | 0 | 1 | 1255 | 1261 | 6 |
| Precinct No. 9 | 822 | 10 | 3 | 835 | 838 | 3 |
| Precinct No. 11 | 858 | 5 | 1 | 864 | 865 | 1 |
| Precinct No. 13 | 884 | 1 | 1 | 886 | 894 | 8 |
| Precinct No. 14 | 887 | 2 | 0 | 889 | 897 | 8 |
| | | | | | Sub total | 46 |
| **EIGHTEENTH REPRESENTATIVE DISTRICT** | | | | | | |
| Precinct No. 2 | 809 | 9 | 0 | 818 | 821 | 3 |
| Precinct No. 4 | 302 | 0 | 0 | 302 | 306 | 4 |
| Precinct No. 5 | 552 | 12 | 0 | 564 | 574 | 10 |
| Precinct No. 6 | 950 | 25 | 4 | 979 | 1037 | 58 |
| Precinct No. 7 | 2457 | 47 | 2 | 2506 | 2512 | 6 |
| Precinct No. 9 | 156 | 3 | 1 | 160 | 163 | 3 |
| Precinct No. 10 | 232 | 2 | 1 | 235 | 238 | 3 |
| Precinct No. 11 | 235 | 6 | 1 | 242 | 244 | 2 |
| Precinct No. 12 | 534 | 0 | 0 | 534 | 553 | 19 |
| Precinct No. 13 | 873 | 26 | 2 | 901 | 907 | 6 |
| | | | | | Sub total | 114 |

A 229
B 247
―――
476

A 271
B 249
―――
520

A 11
B 14
―――
25

A 6+1
B 5+3
―――
15

A 518
B 518
―――
1036

SUMMARY OF NUMBER OF BALLOTS

FOR WHICH NO DECISION WAS MADE

(BY REPRESENTATIVE DISTRICT TOTALS)

| REPRESENTATIVE DISTRICT | NUMBER OF BALLOTS FOR WHICH NO DECISION WAS MADE |
|---|---|
| 1 | 24 |
| 2 | 98 |
| 3 | 22 |
| 4 | 55 |
| 5 | 41 |
| 6 | 18 |
| 7 | 112 |
| 8 | 62 |
| 9 | 34 |
| 10 | 111 |
| 11 | 114 |
| 12 | 38 |
| 13 | 59 |
| 14 | 126 |
| 15 | 90 |
| 16 | 109 |
| 17 | 46 |
| 18 | 114 |
| GRAND TOTAL FOR STATE | 1283 |

*Recount*

EXHIBIT B

TABULATION OF POLLING PRECINCTS WHEREIN BOARDS OF ELECTION INSPECTORS
MADE DECISIONS CONCERNING MORE BALLOTS THAN WERE CAST AT SUCH POLLING PRECINCT

| Rep. Dist. and Precinct | Total votes counted for offices of President and Vice President * | Rejected Ballots | Blank Ballots | Total ballots for which decisions were made | Total Votes Cast | Number of excess decisions |
|---|---|---|---|---|---|---|
| FIRST REPRESENTA- TIVE DISTRICT | | | | | | none |
| SECOND REPRESENTA- TIVE DISTRICT | | | 3 | 748 | | |
| Precinct No. 2 | { 376   364 } | 5 | 24 | 770 | 748 | 22 |
| Precinct No. 9 | 376 740 364 | 6 | 3 | 749 | 425 | 16 |
| | 241 418 177 | 7 | 16 | 441 | | |
| | { 241   177 } | 6 | 1 (for Pres.) | 425 | | Sub total 38 |
| THIRD REPRESENTA- TIVE DISTRICT | | | | | | |
| Precinct No. 1 | { 63   100 } | 1 | 0 | 164 | 164 | 4 |
| Precinct No. 2 | 63 163 100 | 1 | 4 | 168 | 439 | 7 |
| | 302 429 127 | 9 | 8 | 446 | | |
| | { 303   126 } | 9 | 0 | 438 | | Sub total 11 |
| FOURTH REPRESENTA- TIVE DISTRICT | | | | | | |
| Precinct No. 2 | { 118   367 } | 7 | 5 | | 497 | 14 |
| | 119 487 368 | 7 | 17 | 511 | | |

*Title has been simplified.  Votes actually
counted for presidential electors and
alternates.

Recount

| Rep. Dist. and Precinct | Total votes counted for offices of President and Vice President | Rejected Ballots | Blank Ballots | Total ballots for which decisions were made | Total Votes Cast | Number of excess decisions |
|---|---|---|---|---|---|---|
| **FIFTH REPRESENTATIVE DISTRICT** | | | | | | |
| 6 Precinct No. 2 | {40  50}  {40 90 50} | 1  2 | 2  4 | 93  96 | 93  139 | 3  6 |
| 7 Precinct No. 9 | {76 135 59}  {76  58} | 4  4 | 6  1 | 145  139 | | |
| | | | | | Sub total | 9 |
| **SIXTH REPRESENTATIVE DISTRICT** | | | | | | none |
| **SEVENTH REPRESENTATIVE DISTRICT** | | | | 24 | | |
| 8 Precinct No. 2 | {53  181}  {54 236 182} | 5  4 | 2  2 | 242 | 241 | 1 |
| 9 Precinct No. 19 | 261 265 506 241 241 | 10 11 | 3 5 | 519 518 | 518 | 1 |
| 10 Precinct No. 27 | {386 692 306 304}  {385} | 9  9 | 3  3+1 | 704  702 | 702 | 2 |
| | | | | | Sub total | 4 |
| **EIGHTH REPRESENTATIVE DISTRICT** | 970 | | | 974  984  978 | | |
| " Precinct No. 8 | 540 540 974 430 430 | 4 4 | 10 0 | | 974 | 4 |
| **NINTH REPRESENTATIVE DISTRICT** | 956 | | | | | |
| Precinct No. 1  17 | 484 966 472 | 11 | 2 | 979 | 976 | 3 |

Recount T S no figures    Recount T S no figures

V

| Rep. Dist. and Precinct | Total votes counted for offices of President and Vice President | Rejected Ballots | Blank Ballots | Total ballots for which decisions were made | Total Votes Cast | Number of excess decisions |
|---|---|---|---|---|---|---|

701  •  447  •  25  •  4

**TENTH REPRESENTATIVE DISTRICT**
A 346 B 355 • A 230 B 217 • A 9 B 16 • A 1+1 B 2 • A 587 B 590 } 1177

| ✓13 Precinct No. 1 | 18 | 702 1151 449 | 24 | 10 | 1185 | 1178 | 7 ✓ |
| 74 Precinct No. 8 | 19 | 21 51 29 | 2 | 0 | 53 | 52 | 10 ? |

error? 50 ↑     error? 50     Sub total 8 7

**ELEVENTH REPRESENTATIVE DISTRICT**

| ✓15 Precinct No. 1 | 20 | 167 168 254 86 86 | 6 5 | 1 6 | 260 265 | 260 ✓ | 5 ✓ |
| ✓16 Precinct No. 5 | 21 | 498 833 335 497 344 | 12 12 | 12 1 | 857 854 | 854 ✓ | 3 ✓ |

Sub total 8

**TWELFTH REPRESENTATIVE DISTRICT**
A280 B325 (3) • A290 B253 (7) • A12 B13 (25) • A2 B0 (2) • A584 B591 (1175)

| ✓17 Precinct No. 3 | 22 | 610 1153 543 | 22 | 17 | 1192 | 1175 ✓ | 17 ✓ |
| ✓18 Precinct No. 6 | 23 | 424 427 813 386 385 | 11 13 7 | 0 0 | 824 822 | 822 ✓ | 2 ✓ |
| ✓19 Precinct No. 7 | 24 | 188 195 549 354 346 | 7 | 0 2 | 556 543 | 543 ✓ | 16 13 ✓ |
| ✓20 Precinct No. 8 | 25 | 138 334 196 138 195 | 5 6 | 5 0 | 344 339 | 339 ✓ | 5 ✓ |

Sub total 40 37

**THIRTEENTH REPRESENTATIVE DISTRICT**

| ✓21 Precinct No. 6 | 26 | 434 677 243 433 243 | 30 29 | 3 1+3 | 710 709 | 709 ✓ | 1 ✓ |





| Rep. Dist. and Precinct | Total votes counted for offices of President and Vice President | Rejected Ballots | Blank Ballots | Total ballots for which decisions were made | Total Votes Cast | Number of excess decisions |
|---|---|---|---|---|---|---|

**SEVENTEENTH REPRESENTATIVE DISTRICT**

| | | | | | | |
|---|---|---|---|---|---|---|
| Precinct No. 1 | 495 480 / 496 976 480 | 19 20 | 2 1 | 996 997 | 996 | 1 |
| Precinct No. 5 | 493 821 328 | 11 10 | 1 1 | 833 832 | 832 | 1 |
| Precinct No. 8 | 638 1472 834 | 20 | 2 | 1494 | 1487 | 7 |
| Precinct No. 12 | 368 644 276 / 366 274 | 6 6 | 0 2 | 650 648 | 648 | 2 |

Sub total  11

**EIGHTEENTH REPRESENTATIVE DISTRICT**

| | | | | | | |
|---|---|---|---|---|---|---|
| Precinct No. 8 | 1021 → 2283 1162 / 2183 | 65 25 | 15 3 | 2363 | 2253 | 10 |

Stricken Dec 13, 1960.

SUMMARY OF NUMBER OF BALLOTS CONCERNING WHICH
BOARDS OF ELECTION INSPECTORS MADE DECISIONS
IN EXCESS OF NUMBER OF BALLOTS CAST
(BY REPRESENTATIVE DISTRICT)

| Representative District | No. of Excess Ballots |
|---|---|
| 1 | 0 |
| 2 | 17 38 |
| 3 | 11 |
| 4 | 14 |
| 5 | 9 |
| 6 | 0 |
| 7 | 4 |

| Representative District | No. of Excess Ballots |
|---|---|
| 8 | ~~4~~ 10 |
| 9 | ~~3~~ 0 |
| 10 | ~~8~~ 7 |
| 11 | 8 |
| 12 | ~~40~~ 37 |
| 13 | 1 |
| 14 | 35 |
| 15 | ~~57~~ 62 |
| 16 | ~~3~~ 12 |
| 17 | 11 |
| 18 | ~~10~~ 0 |
| Grand Total | ~~235~~ 259 |

**STATE OF HAWAII**      )
                            )     SS
**CITY AND COUNTY OF HONOLULU** )

         R. G. DODGE, being first duly sworn on oath deposes and says that he personally examined the official election returns received by James K. Kealoha, Lieutenant Governor of the State of Hawaii, from the several Boards of Election Inspectors with respect to the general election held November 8, 1960, particularly with respect to the election to the offices of President and Vice-President of the United States, and that the tabulations contained herein in Exhibit A and Exhibit B were prepared from said returns and are true and correct.

                                     _____
                                        R. G. Dodge

Subscribed and sworn to before me this *22nd* day of November, 1960.

_____
Notary Public, First Judicial Circuit
                State of Hawaii
My commission expires *June 30, 1961*

IN THE CIRCUIT COURT OF THE FIRST JUDICAL CIRCUIT

STATE OF HAWAII

CIVIL NO. _____

### AFFIDAVIT No. 1

Comes now KENICHI SAYEGUSA, affiant, and having been first duly sworn on oath deposes and says:

My name is:   Kenichi Sayegusa.

My address is:  1077 Kinau Street, Honolulu.

I am of sound mind and memory and am 48 years of age.

I am a duly qualified voter of the 6th precinct of the 14th representative district of the state of Hawaii and served as chief inspector of elections at said precinct.

On or about November 8, 1960, after the hour of 5:30 p.m., I was present when the voting and counting of ballots of the 6th precinct of the 14th representative district of the state of Hawaii for the election of the President, Vice-President, and U. S. Congressman from Hawaii took place.

I personally observed that ballots cast for John F. Kennedy and Lyndon B. Johnson were counted for the presidential electors and alternates of the Democratic Party, but through mistake, tally marks for such ballots were not recorded and entered on the tally sheet submitted to defendant Kealoha.

Any further affiant sayeth not.

_____
KENICHI SAYEGUSA

Subscribed and sworn to before me
on the 22nd day of November, 1960.

_____
Notary Public, First Judicial
Circuit, State of Hawaii.

My Commission expires: Aug. 15, 1964

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT

STATE OF HAWAII

CIVIL No. _____

AFFIDAVIT No. 2

Comes now HIROSHI SAKAI, affiant, and having been first duly sworn on oath deposes and says:

My name is:   Hiroshi Sakai.

My address is:  3158-A East Manoa Road, Honolulu.

I am of sound mind and memory and am 35 years of age.

I am a duly qualified voter of the 17th precinct of the 15th representative district of the state of Hawaii and served as a watcher at same.

On November 8, 1960, after the hour of 5:30 p.m., I was present part of the time when the voting and counting of ballots of the 17th precinct of the 15th representative district of the state of Hawaii for the election of the President, Vice-President, and U. S. Congressman from Hawaii took place. It was at such time and place that I personally observed the following:

Election inspectors and/or clerks were counting ballots marked with two crosses (x's) placed in the square opposite the names of Richard M. Nixon and Henry Cabot Lodge as valid ballots for the Republican Party's presidential electors and alternates.

And further affiant sayeth not.

_____
HIROSHI SAKAI

Subscribed and sworn to before me on the 22nd day of November, 1960.

_____
Notary Public, First Judicial Circuit, State of Hawaii.

My commission expires:   9-27-63

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT

STATE OF HAWAII

CIVIL NO. _____

HERMAN T. F. LUM, ERNEST I. MURAI,
DOLORES MARTIN, WILLIAM R. NORWOOD,
HUNG LEONG CHING, EDITH DeMATTA,
JAMES H. KANO, H. TUCKER GRATZ,
JEAN SHARPLESS, T. S. GOO, TADAO
BEPPU, ROBERT C. OILKEY, MITSUYUKI
KIDO, RICHARD KAGEYAMA, DUKE KAWASAKI,
REVOCATO NEDINA, WALTER M. HEEN,
RUPERT E. WENG, LOUIS LE BARON,
MILDRED CURLEY, KAIPO KAUHANE, DENISE
CHU, JOSHUA CHU, SHIRUE KASHINA,
JOE MOTYL, BERTRAM KANBARA, HARRY G.
ALBRIGHT, SAM TAHNA, HIROSHI KATO and
THOMAS P. GILL,

              Complainants

        VS.

GAVIEN A. BUSH, O. F. SOARES and
J. HOWARD WORRALL, PRESIDENTIAL
ELECTORS, MRS. JAMES BEATTY, CHRIS
HOLT, DAVID KAHOOKELE, ARTHUR XAU,
TETSUICHI KURATA and HENRY YAMASHITA,
ALTERNATE PRESIDENTIAL ELECTORS, and
JAMES K. KEALOHA AS LIEUTENANT GOVERNOR
OF THE STATE OF HAWAII,

              Defendants

SUMMONS

# In the Circuit Court of the First Circuit

## STATE OF HAWAII

CIVIL NO. _____

....................................................

.................................... } **Summons**
             **Plaintiff**

     v.

....................................................

.................................... **Defendant**

### State of Hawaii

*TO THE NAMED ABOVE DEFENDANT:*

    *YOU ARE HEREBY SUMMONED and required to serve upon* ................................

*PLAINTIFF'S ATTORNEY, whose address is* ................................................................

*an answer to complaint which is herewith served upon you, within 20 days after service*
*of this summons upon you, exclusive of the day of service. If you fail to do so, judgment*
*by default will be taken against you for the relief demanded in the complaint.*

................................................
                *Clerk of Court*

Date: ................................

## Return On Service Of Writ

**SEAL**

    *I HEREBY CERTIFY and return that on the* ........... *day of* ........................... *19* ......

*I served the within summons on* ........................................................................................

....................................................................................................................................

....................................................................................................................................

*at* ..................................................., *by delivering to* ......................... *a certified copy hereof*

*and of the complaint hereto annexed.*

    *Date* ......................................................, *19* ..........

................................................................

                *Sheriff*

*SUBSCRIBED and sworn to before me*      *Police Officer*

*this* ........... *day of* ..........................., *19* .........

..................................................

*Note: THIS SUMMONS is issued pursuant to Rule 4 of the Hawaii Rules of Civil Procedure*
    *AFFIDAVIT required only if service is made by a person specially appointed by*
    *the court.*

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT

STATE OF HAWAII

CIVIL NO. 7029

HERMAN T. F. LUM, ERNEST I. MURAI,
DOLORES MARTIN, WILLIAM R. NORWOOD,
HUNG LEONG CHING, EDITH DeMATTA,
JAMES H. KAMO, H. TUCKER GRATZ,
JEAN SHARPLESS, T. S. GOO, TADAO
BEPPU, ROBERT C. GILKEY, MITSUYUKI
KIDO, RICHARD KAGEYAMA, DUKE KAWASAKI,
REVOCATO MEDINA, WALTER M. HEEN,
RUPERT R. WEBB, LOUIS LE BARON,
MILDRED CURLEY, KAIPO KAUHANE, DENISE
CHU, JOSHUA CHU, SHIZUE KASHIMA,
JOE MOTTL, BERTRAM KANBARA, HARRY G.
ALBRIGHT, SAM TANNA, HIROSHI KATO and
THOMAS P. GILL

Complainants

vs.

GAVIEN A. BUSH, O. P. SOARES and
J. HOWARD WORRALL, PRESIDENTIAL
ELECTORS, MRS. JAMES BEATTY, CHRIS
HOLT, DAVID KAHOOKELE, ARTHUR KAU,
TETSUICHI KURATA and HENRY YAMASHITA,
ALTERNATE PRESIDENTIAL ELECTORS, and
JAMES K. KEALOHA AS LIEUTENANT GOVERNOR
OF THE STATE OF HAWAII

Defendants

1ST CIRCUIT COURT
STATE OF HAWAII
FILED
1960 DEC 20 AM 10 14
*A. H. Young*
CLERK

FINDINGS OF FACT
AND
CONCLUSIONS OF LAW

R. G. DODGE
ALVIN SHIM
For Complainants

H. RODGER BETTS
Acting Attorney General
For certain Defendants

O. P. SOARES
One of the Defendants above named

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT

STATE OF HAWAII

CIVIL NO. 7029

HERMAN T. F. LUM, ERNEST I. MURAI,
DOLORES MARTIN, WILLIAM R. NORWOOD,
HUNG LEONG CHING, EDITH DeMATTA,
JAMES H. KAMO, H. TUCKER GRATZ,
JEAN SHARPLESS, T. S. GOO, TADAO
BEPPU, ROBERT C. GILKEY, MITSUYUKI
KIDO, RICHARD KAGEYAMA, DUKE KAWASAKI,
REVOCATO MEDINA, WALTER M. HEEN,
RUPERT R. WEBB, LOUIS LE BARON,
MILDRED CURLEY, KAIPO KAUHANE, DENISE
CHU, JOSHUA CHU, SHIZUE KASHIMA,
JOE MOTTL, BERTRAM KANBARA, HARRY G.
ALBRIGHT, SAM TANNA, HIROSHI KATO and
THOMAS P. GILL

                             Complainants

      vs.

GAVIEN A. BUSH, O. P. SOARES and
J. HOWARD WORRALL, PRESIDENTIAL
ELECTORS, MRS. JAMES BEATTY, CHRIS
HOLT, DAVID KAHOOKELE, ARTHUR KAU,
TETSUICHI KURATA and HENRY YAMASHITA,
ALTERNATE PRESIDENTIAL ELECTORS, and
JAMES K. KEALOHA AS LIEUTENANT GOVERNOR
OF THE STATE OF HAWAII

                             Defendants

## FINDINGS OF FACT
## AND
## CONCLUSIONS OF LAW

From the evidence and proceedings herein the Court
makes the following findings of fact:

1. Each of the Complainants above named is a
citizen of the United States and of the State of Hawaii, a
resident of the City and County of Honolulu, and a duly

-1-

qualified voter in the election district styled the "Honolulu District."

2. Gavien A. Bush, O. P. Soares and J. Howard Worrall are now, and at all times mentioned herein were, the nominees of the Republican Party for Presidential Electors of the State of Hawaii. Mrs. James Beatty, Chris Holt, David Kahookele, Arthur Kau, Tetsuichi Kurata and Henry Yamashita are now, and at all times mentioned herein were, the nominees of the Republican Party for alternate Presidential Electors of the State of Hawaii. James K. Kealoha is now, and at all times mentioned herein was, the duly elected, qualified and acting Lieutenant Governor of the State of Hawaii.

3. A general election was duly held in the State of Hawaii on November 8, 1960, as provided by law. At such election the duly nominated candidates of the respective political parties for the offices of President and Vice President, respectively, of the United States were John F. Kennedy and Lyndon B. Johnson, nominees of the Democratic Party, and Richard M. Nixon and Henry Cabot Lodge, nominees of the Republican Party. At such election, the names of such duly nominated candidates for the offices of President and Vice President were used on the ballots in lieu of the names of the nominees of the Democratic Party and the Republican Party for Presidential Electors and alternate Presidential Electors and the votes cast for such duly nominated candidates for the offices of President and Vice President were thereafter counted for the nominees of each political party for Presidential Electors and alternate Presidential Electors.

4.  After such election, the returns thereof were
received from the Boards of Election Inspectors at the
polling precincts within the said State of Hawaii by said
James K. Kealoha, who caused a tabulation thereof to be made
pursuant to the provisions of law, which tabulation disclosed
that, as shown by said returns, a total of 92,505 ballots had
been decided by the Boards of Election Inspectors to be counted
as valid ballots cast for the nominees of the Republican Party
for Presidential Electors and alternate Presidential Electors,
and a total of 92,364 ballots had been decided by the Boards
of Election Inspectors to be counted as valid ballots cast
for the nominees of the Democratic Party for Presidential
Electors and alternate Presidential Electors, said returns
therefor showing that said Boards of Election Inspectors had
decided that 141 more valid ballots should be counted as cast
for such nominees of the Republican Party than should be
counted as cast for such nominees of the Democratic Party.
Thereupon, and pursuant to law, said James K. Kealoha, on
November 16, 1960, caused his certificate to be made de-
claring that such nominees of the Republican Party were the
duly elected Presidential Electors and alternate Presidential
Electors of the State of Hawaii.

5.  At such general election the said Boards of
Election Inspectors at each of the several polling precincts
within the said State of Hawaii decided questions as to the
validity of ballots cast for said offices of President and
Vice President, which decisions included decisions on
questions of the number of valid ballots to be counted as
cast for each of the two sets of nominees for Presidential

-3-

Electors and alternate Presidential Electors, of the number
of ballots cast which should be rejected and therefore not
counted for either set of nominees for Presidential Electors
and alternate Presidential Electors, and of the number of
ballots cast upon which no choice of candidates for President
and Vice President had been marked by the voter casting the
ballot and which therefore were not to be counted for either
set of nominees for Presidential Electors and alternate
Presidential Electors.

6.  Notwithstanding the duty of the Boards of Election
Inspectors to make correct decisions with respect to each and
every ballot for the election of Presidential Electors and
alternate Presidential Electors, Boards of Election Inspectors
for many polling precincts of the State of Hawaii failed to
make correct decisions.

7.  In the following precincts the several Boards of
Election Inspectors reported a total number of ballots for
which decisions were made (the total of the number of votes
counted for either set of nominees for Presidential Electors
and alternate Presidential Electors, the number of rejected
ballots and the number of blank ballots) in excess of the total
number of votes cast:  in Precinct No. 2 of the Second
Representative District, 22 in excess of 748, the total number
of votes cast; in Precinct No. 9 of the Second Representative
District, 16 in excess of 425, the total number of votes cast;
in Precinct No. 1 of the Third Representative District, four
in excess of 164, the total number of votes cast; in Precinct
No. 2 of the Third Representative District, seven in excess
of 439, the total number of votes cast; in Precinct No. 2 of

the Fourth Representative District, 14 in excess of 497,
the total number of votes cast; in Precinct No. 2 of the
Fifth Representative District, three in excess of 93, the
total number of votes cast; in Precinct No. 9 of the Fifth
Representative District, six in excess of 139, the total
number of votes cast; in Precinct No. 2 of the Seventh
Representative District, one in excess of 241, the total
number of votes cast; in Precinct No. 19 of the Seventh
Representative District, one in excess of 518, the total
number of votes cast; in Precinct No. 27 of the Seventh
Representative District, two in excess of 702, the total
number of votes cast; in Precinct No. 8 of the Eighth
Representative District, 10 in excess of 974, the total
number of votes cast; in Precinct No. 1 of the Tenth Repre-
sentative District, seven in excess of 1178, the total number
of votes cast; in Precinct No. 1 of the Eleventh Representa-
tive District, five in excess of 260, the total number of
votes cast; in Precinct No. 5 of the Eleventh Representative
District, three in excess of 854, the total number of votes
cast; in Precinct No. 3 of the Twelfth Representative District,
17 in excess of 1175, the total number of votes cast; in
Precinct No. 6 of the Twelfth Representative District, two
in excess of 822, the total number of votes cast; in Precinct
No. 7 of the Twelfth Representative District, 13 in excess of
543, the total number of votes cast; in Precinct No. 8 of the
Twelfth Representative District, five in excess of 339, the
total number of votes cast; in Precinct No. 6 of the Thirteenth
Representative District, one in excess of 709, the total
number of votes cast; in Precinct No. 2 of the Fourteenth

-5-

Representative District, 15 in excess of 699, the total number of votes cast; in Precinct No. 3 of the Fourteenth Representative District, four in excess of 1182, the total number of votes cast; in Precinct No. 10 of the Fourteenth Representative District, 10 in excess of 503, the total number of votes cast; in Precinct No. 11 of the Fourteenth Representative District, four in excess of 212, the total number of votes cast; in Precinct No. 17 of the Fourteenth Representative District, two in excess of 1254, the total number of votes cast; in Precinct No. 6 of the Fifteenth Representative District, four in excess of 1641, the total number of votes cast; in Precinct No. 10 of the Fifteenth Representative District, five in excess of 1077, the total number of votes cast; in Precinct No. 17 of the Fifteenth Representative District, 53 in excess of 949, the total number of votes cast; in Precinct No. 5 of the Sixteenth Representative District, two in excess of 1245 votes cast; in Precinct No. 13 of the Sixteenth Representative District, 10 in excess of 752, the total number of votes cast; in Precinct No. 1 of the Seventeenth Representative District, one in excess of 996, the total number of votes cast; in Precinct No. 5 of the Seventeenth Representative District, one in excess of 832, the total number of votes cast; in Precinct No. 8 of the Seventeenth Representative District, seven in excess of 1487, the total number of votes cast; and in Precinct No. 12 of the Seventeenth Representative District, two in excess of 648, the total number of votes cast.  In the precincts referred to above in this paragraph, the Boards of Election Inspectors made mistakes in that they

-6-

counted as valid ballots, rejected ballots and blank ballots
a total altogether of 259 more ballots than the total number
of votes cast in those precincts.  In this paragraph, the
term "votes cast" includes any ballot, including blank ballots
and rejected ballots.

8.  At Precinct No. 6 of the Fourteenth Representative
District, 45 ballots for the nominees of the Democratic Party
for Presidential Electors and alternate Presidential Electors
were counted but, because of mistakes by the Board of Election
Inspectors, tally marks for the 45 ballots were not entered on
the tally sheet submitted to Defendant Kealoha, with the result
that 45 votes cast for the nominees of the Democratic Party
for Presidential Electors and alternate Presidential Electors
were not credited as cast for the nominees of the Democratic
Party for Presidential Electors and alternate Presidential
Electors.

9.  The Court ordered a recount of the ballots of
the 34 precincts referred to in Paragraphs 7 and 8 of these
Findings of Fact.  This recount showed that the nominees of
the Democratic Party for Presidential Electors and alternate
Presidential Electors were entitled to 22 less votes, and the
nominees of the Republican Party for Presidential Electors
and alternate Presidential Electors were entitled to 102
less votes than had previously been determined by the Boards
of Election Inspectors and Defendant Kealoha.  This recount
left the nominees of the Republican Party for Presidential
Electors and alternate Presidential Electors with an apparent
majority of 61 votes over the number of votes for the nominees
of the Democratic Party for Presidential Electors and alternate

-7-

Presidential Electors before any recount of ballots of any
other precinct in the State of Hawaii.

10.  In the general election on November 8, 1960,
in the State of Hawaii, there were to be elected at the same
time and by means of the same ballot not only Presidential
Electors and alternate Presidential Electors but also one
Member of the House of Representatives of the United States.
The ballot listed one nominee of the Democratic Party and one
nominee of the Republican Party for the office of Member of
the House of Representatives of the United States.  Any such
ballot in this election could be cast unmarked by the voter
in reference to the election of Presidential Electors and
alternate Presidential Electors and marked by the voter in
reference to the election of a Member of the House of
Representatives of the United States.  The Complainants
listed in Exhibit A of their Complaint many precincts in which
the total of the number of votes for either set of nominees
for Presidential Electors and alternate Presidential Electors,
the number of rejected ballots and the number of blank ballots
was less than the total number of votes cast ("votes cast"
having the same meaning as in Paragraph 7 of these Findings of
Facts) by numbers varying from one to 58 and by in some in-
stances a substantial percentage of the total number of votes
cast.  This deficiency was explicable either on the theory
that the Boards of Election Inspectors made mistakes or on
the theory that there were ballots cast which were unmarked
for Presidential Electors and alternate Presidential Electors
and marked for Member of the House of Representatives of the
United States.

-8-

11.   In the recount of the ballots of the 34 precincts referred to in Paragraphs 7 and 8 of these Findings of Fact, the number of ballots in each precinct which were unmarked for Presidential Electors and alternate Presidential Electors was noted.  The number was generally extremely small when considered in reference to the total number of ballots in each precinct.  This made it appear probable that any comparatively large deficiency of the type referred to in Paragraph 10 of these Findings of Fact could be explained only upon the theory that a substantial number of mistakes were made by the Boards of Election Inspectors.  Therefore the Court ordered a recount of the ballots of seven additional precincts which appeared to have a large deficiency of the type involved in such Paragraph 10 and then, after a recount of the ballots of these seven precincts resulted in the detection of numerous mistakes of Boards of Election Inspectors, a recount of the ballots of 21 other precincts which appeared to have a large deficiency of the type involved in such Paragraph 10.  The seven precincts were Precinct No. 6 of the Eighteenth Representative District, Precinct No. 5 of the Tenth Representative District, Precinct No. 3 of the Eleventh Representative District, Precinct No. 5 of the Thirteenth Representative District, Precinct No. 7 of the Fifth Representative District, Precinct No. 1 of the Fourth Representative District, and Precinct No. 18 of the Second Representative District.  The recounting of the ballots of these seven Precincts further diminished the majority of the votes for the nominees of the Republican Party for Presidential Electors and alternate Presidential Electors over the number of votes for the nominees of the Democratic Party for

Presidential Electors and alternate Presidential Electors.
A recount of the ballots in some of the additional 21 precincts
and in certain other precincts (the ballots of which were re-
counted when it appeared that the voters roster books of some
of the 21 precincts on islands other than Oahu were not im-
mediately available) resulted in a majority of votes in favor
of the nominees of the Democratic Party for Presidential
Electors and alternate Presidential Electors over the number
of votes for the nominees of the Republican Party for Presi-
dential Electors and alternate Presidential Electors.  When
the recounting of the ballots of the additional 21 precincts
was also completed, the nominees of the Democratic Party for
Presidential Electors and alternate Presidential Electors
continued to have a majority of the votes over the number of
votes for the nominees of the Republican Party for the same
offices, with the result that a recount of the ballots of
all the other precincts of the State of Hawaii appeared
necessary and was ordered by the Court.

  12.  A recount of all of the ballots of all precincts
in the State other than those with voting machines and an
examination of the readings on all the voting machinese used
on the Island of Oahu and the receipt of evidence of the
readings on all the voting machines used on the Islands of
Hawaii, Maui and Kauai, in the case of precincts with voting
machines, show a total valid vote for the election of Presi-
dential Electors and alternate Presidential Electors in the
general election of the State of Hawaii on November 8, 1960,
as follows:  92,410 valid votes for the nominees of the
Democratic Party for Presidential Electors and alternate

Presidential Electors of the State of Hawaii and 92,295 valid votes for the nominees of the Republican Party for Presidential Electors and alternate Presidential Electors of the State of Hawaii.

13.  Attached to these Findings of Fact, marked SCHEDULE A-1 to A-18 and incorporated in these Findings of Fact by this reference are detailed tables, by Representative Districts and Precincts of the State of Hawaii, of the valid votes cast in the general election on November 8, 1960, for the nominees of the Democratic Party for Presidential Electors and alternate Presidential Electors of the State of Hawaii and for the nominees of the Republican Party for Presidential Electors and alternate Presidential Electors of the State of Hawaii.  The precinct numbers appear under the word "Precinct" in each table.  The valid votes cast in each precinct for such nominees of the Democratic Party are listed in the column under the name "Kennedy".  The valid votes cast in each precinct for such nominees of the Republican Party are listed in the column under the name "Nixon".  At the bottom of each table appear the totals for each column.

14.  Attached to these Findings of Fact, marked SCHEDULE B and incorporated in these Findings of Fact by this reference is a table showing by Representative Districts all the valid votes in the general election on November 8, 1960, for nominees of the Democratic Party for Presidential Electors and alternate Presidential Electors of the State of Hawaii and for nominees of the Republican Party for Presidential Electors and alternate Presidential Electors of the State of Hawaii.  The numbers of the Representative Districts of the

-11-

State of Hawaii are listed in the column under the word
"District". The number of the valid votes cast in each
Representative District for the nominees of the Democratic
Party for Presidential Electors and alternate Presidential
Electors are listed in the column under the name "Kennedy".
The number of the valid votes cast in each Representative
District for the nominees of the Republican Party for
Presidential Electors and alternate Presidential Electors
are listed in the column under the name "Nixon". The totals
of both columns are listed on the line at the bottom of the
table.

15. William Heen, Delbert Metzger and Jennie Wilson
are now, and at all times mentioned herein were, the nominees
of the Democratic Party for Presidential Electors of the
State of Hawaii. John Silva and Sam David are now, and at
all times mentioned herein were, the nominees of the Demo-
cratic Party for alternate Presidential Electors of the State
of Hawaii for William Heen. Ernest Uu and Charles Thompson
are now, and at all times mentioned herein were, the nominees
of the Democratic Party for alternate Presidential Electors
of the State of Hawaii for Delbert Metzger. John Fernandes
and George Watase are now, and at all times mentioned herein
were, the nominees of the Democratic Party for alternate
Presidential Electors of the State of Hawaii for Jennie
Wilson.

16. The Board of Election Inspectors for Precinct
No. 8 of the Fourth Representative District found a specimen
ballot among the ballots cast in that precinct in the general
election on November 8, 1960. The specimen ballot was marked

-12-

"specimen" on the front of it only; otherwise it was of the
same form, paper and color as an official ballot. It was
not marked "specimen" on the back. It could have been
folded in the same manner as an official ballot and could
have been handed to an Election Inspector for insertion in
the ballot box by the Election Inspector without the Election
Inspector having had any reason to doubt that it was an
official ballot. Conceivably the specimen ballot could have
been used for a so-called "chain ballot" vote fraud. It could
have been used by a voter by mistake or as a prank, without
any fraudulent intent and without any effect on the number
of votes for any candidate in the election. There is no
evidence from which the Court can infer that the specimen
ballot was used for a vote fraud. There is no evidence of
the extent of a vote fraud if there was a vote fraud. There
is no evidence of what candidate or candidates received votes
from a vote fraud if there was a vote fraud. The evidence
does not justify any finding that there was a vote fraud in
Precinct No. 8 of the Fourth Representative District. The
evidence does not justify any finding that the use of the
specimen ballot in any way affected the result of the election.

## CONCLUSIONS OF LAW

From the foregoing Findings of Fact, the Court draws
the following Conclusions of Law:

1. The Complainants herein were and are entitled to
maintain this action and in doing so to require a recount of
all the ballots cast in the general election on November 8,

-13-

1960, for the election of Presidential Electors and alternate Presidential Electors of the State of Hawaii. The true result of such election could not be determined without such a recount.

2. The Complainants herein were and are entitled to a recount of the ballots for the election of Presidential Electors and alternate Presidential Electors of the State of Hawaii in the 34 Precincts referred to in Paragraphs 7 and 8 of the foregoing Findings of Fact, in the additional Precincts referred to in the Findings of Fact, and in all the other Precincts of the State of Hawaii.

3. The finding of the specimen ballot in Precinct No. 8 of the Fourth Representative District and the evidence relating to the specimen ballot is not a valid ground for invalidating the election of Presidential Electors and alternate Presidential Electors of the State of Hawaii in the general election on November 8, 1960.

4. The true result of the election of Presidential Electors and alternate Presidential Electors of the State of Hawaii in the general election on November 8, 1960, is ascertainable in the present proceeding by means of the recount of all the ballots in all the precincts of the State of Hawaii, which has been had.

5. In the general election on November 8, 1960, the nominees of the Democratic Party for Presidential Electors and alternate Presidential Electors of the State of Hawaii received 92,410 valid votes.

6. In the general election on November 8, 1960, the nominees of the Republican Party for Presidential Electors

-14-

and alternate Presidential Electors of the State of Hawaii received 92,295 valid votes.

7. In the general election on November 8, 1960, the nominees of the Democratic Party for Presidential Electors and alternate Presidential Electors of the State of Hawaii received a majority of the votes cast and were, respectively, elected Presidential Electors and alternate Presidential Electors of the State of Hawaii in such election.

8. In the general election on November 8, 1960, in the State of Hawaii, William Heen, Delbert Metzger and Jennie Wilson were each duly elected to the office of Presidential Elector of the State of Hawaii.

9. In the general election on November 8, 1960, in the State of Hawaii, John Silva and Sam David were each duly elected to the office of alternate Presidential Elector of the State of Hawaii for William Heen.

10. In the general election on November 8, 1960, in the State of Hawaii, Ernest Uu and Charles Thompson were each duly elected to the office of alternate Presidential Elector of the State of Hawaii for Delbert Metzger.

11. In the general election on November 8, 1960, in the State of Hawaii, John Fernandes and George Watase were each duly elected to the office of alternate Presidential Elector of the State of Hawaii for Jennie Wilson.

12. In the general election on November 8, 1960, in the State of Hawaii, no nominee of the Republican Party and no person other than the persons referred to in Paragraphs 8, 9, 10 and 11 of these Conclusions of Law was elected to the office of Presidential Elector or alternate Presidential

-15-

Elector of the State of Hawaii.

Dated:  Honolulu, Hawaii, December $\underline{30}$, 1960.

*Ronald B. Jamieson*

—————————————————————
Judge of the above entitled Court

-16-

## SCHEDULE A-1

### FIRST REPRESENTATIVE DISTRICT

| PRECINCT | KENNEDY | NIXON |
|---|---|---|
| 1 | 27 | 30 |
| 2 | 21 | 18 |
| 3 | 35 | 45 |
| 4 | 167 | 200 |
| 5 | 50 | 78 |
| 6 | 241 | 150 |
| 7 | 160 | 107 |
| 8 | 388 | 300 |
| TOTALS | 1089 | 928 |

## SCHEDULE A-2

### SECOND REPRESENTATIVE DISTRICT

| PRECINCT | KENNEDY | NIXON |
|----------|---------|-------|
| 1 | 537 | 445 |
| 2 | 376 | 364 |
| 3 | 268 | 315 |
| 4 | 405 | 515 |
| 5 | 253 | 280 |
| 6 | 369 | 440 |
| 7 | 300 | 304 |
| 8 | 158 | 101 |
| 9 | 241 | 177 |
| 10 | 328 | 342 |
| 11 | 263 | 253 |
| 12 | 209 | 277 |
| 13 | 168 | 290 |
| 14 | 449 | 440 |
| 15 | 279 | 375 |
| 16 | 112 | 103 |
| 17 | 200 | 288 |
| 18 | 236 | 274 |
| 19 | 628 | 471 |
| 20 | 154 | 192 |
| 21 | 178 | 160 |
| 22 | 147 | 251 |
| TOTALS | 6258 | 6657 |

## SCHEDULE A-3

### THIRD REPRESENTATIVE DISTRICT

| PRECINCT | KENNEDY | NIXON |
|---|---|---|
| 1 | 63 | 100 |
| 2 | 303 | 126 |
| 3 | 194 | 40 |
| 4 | 257 | 231 |
| 5 | 77 | 13 |
| 6 | 87 | 130 |
| 7 | 369 | 333 |
| 8 | 87 | 97 |
| 9 | 81 | 139 |
| TOTALS | 1518 | 1209 |

SCHEDULE A-4

FOURTH REPRESENTATIVE DISTRICT

| PRECINCT | KENNEDY | NIXON |
|----------|---------|-------|
| 1 | 223 | 352 |
| 2 | 118 | 367 |
| 3 | 8 | 16 |
| 4 | 38 | 43 |
| 5 | 205 | 188 |
| 6 | 523 | 656 |
| 7 | 206 | 302 |
| 8 | 207 | 187 |
| 9 | 17 | 28 |
| TOTALS | 1545 | 2139 |

## SCHEDULE A-5

### FIFTH REPRESENTATIVE DISTRICT

| PRECINCT | KENNEDY | NIXON |
|---|---|---|
| 1 | 204 | 258 |
| 2 | 40 | 50 |
| 3 | 13 | 22 |
| 4 | 276 | 375 |
| 5 | 16 | 23 |
| 6 | 47 | 35 |
| 7 | 312 | 351 |
| 8 | 163 | 146 |
| 9 | 76 | 58 |
| TOTALS | 1147 | 1318 |

## SCHEDULE A-6

### SIXTH REPRESENTATIVE DISTRICT

| PRECINCT | KENNEDY | NIXON |
|---|---|---|
| 1 | 207 | 425 |
| 2 | 1 | 4 |
| 3 | 105 | 91 |
| 4 | 317 | 413 |
| 5 | 197 | 115 |
| 6 | 96 | 120 |
| 7 | 118 | 98 |
| TOTALS | 1041 | 1266 |

SCHEDULE A-7

SEVENTH REPRESENTATIVE DISTRICT

| PRECINCT | KENNEDY | NIXON |
|---|---|---|
| 1 | 166 | 237 |
| 2 | 53 | 181 |
| 3 | 312 | 635 |
| 4 | 216 | 439 |
| 5 | 7 | 26 |
| 6 | 377 | 447 |
| 7 | 510 | 633 |
| 8 | 501 | 424 |
| 9 | 349 | 310 |
| 10 | 164 | 132 |
| 11 | 9 | 10 |
| 12 | 770 | 1047 |
| 13 | 564 | 518 |
| 14 | 175 | 273 |
| 15 | 263 | 266 |
| 16 | 422 | 413 |
| 17 | 78 | 186 |
| 18 | 458 | 521 |
| 19 | 261 | 241 |
| 20 | 34 | 22 |
| 21 | 41 | 38 |
| 22 | 3 | 17 |
| 23 | 120 | 187 |
| 24 | 4 | 18 |
| 25 | 3 | 22 |
| 26 | 16 | 35 |
| 27 | 385 | 304 |
| TOTALS | 6261 | 7582 |

## SCHEDULE A-8

### EIGHTH REPRESENTATIVE DISTRICT

| PRECINCT | KENNEDY | NIXON |
|---|---|---|
| 1 | 899 | 603 |
| 2 | 845 | 910 |
| 3 | 358 | 729 |
| 4 | 409 | 867 |
| 5 | 781 | 589 |
| 6 | 924 | 880 |
| 7 | 760 | 1044 |
| 8 | 540 | 430 |
| 9 | 477 | 323 |
| 10 | 767 | 639 |
| 11 | 562 | 424 |
| 12 | 390 | 338 |
| 13 | 325 | 579 |
| 14 | 202 | 319 |
| TOTALS | 8239 | 8674 |

<u>SCHEDULE A-9</u>

<u>NINTH REPRESENTATIVE DISTRICT</u>

| PRECINCT | KENNEDY | NIXON |
|---|---|---|
| 1 | 485 | 470 |
| 2 | 541 | 457 |
| 3 | 876 | 722 |
| 4 | 598 | 432 |
| 5 | 486 | 708 |
| 6 | 526 | 505 |
| TOTALS | 3512 | 3294 |

## SCHEDULE A-10

### TENTH REPRESENTATIVE DISTRICT

| PRECINCT | KENNEDY | NIXON |
|----------|---------|-------|
| 1 | 701 | 447 |
| 2 | 615 | 453 |
| 3 | 595 | 708 |
| 4 | 448 | 304 |
| 5 | 1655 | 1044 |
| 6 | 1402 | 711 |
| 7 | 643 | 371 |
| 8 | 21 | 29 |
| 9 | 600 | 332 |
| 10 | 468 | 252 |
| 11 | 459 | 262 |
| 12 | 922 | 777 |
| 13 | 813 | 544 |
| TOTALS | 9342 | 6234 |

## SCHEDULE A-11

### ELEVENTH REPRESENTATIVE DISTRICT

| PRECINCT | KENNEDY | NIXON |
|---|---|---|
| 1 | 167 | 86 |
| 2 | 689 | 441 |
| 3 | 565 | 321 |
| 4 | 1084 | 664 |
| 5 | 497 | 344 |
| 6 | 683 | 483 |
| 7 | 762 | 411 |
| 8 | 579 | 378 |
| 9 | 510 | 317 |
| 10 | 427 | 269 |
| 11 | 704 | 355 |
| 12 | 353 | 224 |
| TOTALS | 7020 | 4293 |

## SCHEDULE A-12

### TWELFTH REPRESENTATIVE DISTRICT

| PRECINCT | KENNEDY | NIXON |
|---|---|---|
| 1 | 453 | 393 |
| 2 | 770 | 736 |
| 3 | 605 | 543 |
| 4 | 735 | 576 |
| 5 | 436 | 522 |
| 6 | 424 | 385 |
| 7 | 188 | 346 |
| 8 | 138 | 195 |
| 9 | 653 | 655 |
| 10 | 157 | 304 |
| TOTALS | 4559 | 4655 |

SCHEDULE A-13

THIRTEENTH REPRESENTATIVE DISTRICT

| PRECINCT | KENNEDY | NIXON |
|---|---|---|
| 1 | 658 | 435 |
| 2 | 508 | 375 |
| 3 | 332 | 200 |
| 4 | 591 | 288 |
| 5 | 682 | 441 |
| 6 | 433 | 243 |
| 7 | 328 | 240 |
| 8 | 365 | 256 |
| 9 | 356 | 222 |
| TOTALS | 4253 | 2700 |

SCHEDULE A-14

FOURTEENTH REPRESENTATIVE DISTRICT

| PRECINCT | KENNEDY | NIXON |
|---|---|---|
| 1 | 713 | 1051 |
| 2 | 379 | 304 |
| 3 | 669 | 487 |
| 4 | 332 | 243 |
| 5 | 316 | 258 |
| 6 | 393 | 298 |
| 7 | 462 | 431 |
| 8 | 212 | 95 |
| 9 | 96 | 54 |
| 10 | 274 | 220 |
| 11 | 115 | 93 |
| 12 | 245 | 217 |
| 13 | 707 | 645 |
| 14 | 536 | 534 |
| 15 | 532 | 427 |
| 16 | 522 | 362 |
| 17 | 544 | 694 |
| 18 | 531 | 536 |
| TOTALS | 7578 | 6949 |

## SCHEDULE A-15

### FIFTEENTH REPRESENTATIVE DISTRICT

| PRECINCT | KENNEDY | NIXON |
|---|---|---|
| 1 | 286 | 777 |
| 2 | 350 | 644 |
| 3 | 205 | 519 |
| 4 | 367 | 488 |
| 5 | 160 | 241 |
| 6 | 779 | 840 |
| 7 | 854 | 778 |
| 8 | 420 | 418 |
| 9 | 372 | 354 |
| 10 | 546 | 517 |
| 11 | 358 | 598 |
| 12 | 404 | 602 |
| 13 | 405 | 731 |
| 14 | 197 | 480 |
| 15 | 307 | 465 |
| 16 | 376 | 423 |
| 17 | 480 | 452 |
| 18 | 570 | 576 |
| 19 | 565 | 560 |
| 20 | 688 | 605 |
| 21 | 919 | 754 |
| 22 | 389 | 371 |
| 23 | 196 | 508 |
| 24 | 260 | 342 |
| TOTALS | 10453 | 13043 |

## SCHEDULE A-16

### SIXTEENTH REPRESENTATIVE DISTRICT

| PRECINCT | KENNEDY | NIXON |
|---|---|---|
| 1 | 686 | 582 |
| 2 | 197 | 156 |
| 3 | 410 | 326 |
| 4 | 568 | 587 |
| 5 | 634 | 587 |
| 6 | 452 | 469 |
| 7 | 928 | 749 |
| 8 | 438 | 1063 |
| 9 | 509 | 343 |
| 10 | 390 | 192 |
| 11 | 437 | 298 |
| 12 | 340 | 245 |
| 13 | 433 | 309 |
| 14 | 460 | 403 |
| 15 | 339 | 377 |
| 16 | 554 | 487 |
| TOTALS | 7775 | 7173 |

SCHEDULE A-17

SEVENTEENTH REPRESENTATIVE DISTRICT

| PRECINCT | KENNEDY | NIXON |
|---|---|---|
| 1 | 495 | 480 |
| 2 | 610 | 668 |
| 3 | 481 | 716 |
| 4 | 246 | 901 |
| 5 | 493 | 328 |
| 6 | 534 | 816 |
| 7 | 548 | 700 |
| 8 | 627 | 835 |
| 9 | 428 | 395 |
| 10 | 507 | 629 |
| 11 | 295 | 563 |
| 12 | 366 | 274 |
| 13 | 349 | 533 |
| 14 | 205 | 688 |
| TOTALS | 6184 | 8526 |

## SCHEDULE A-18

### EIGHTEENTH REPRESENTATIVE DISTRICT

| PRECINCT | KENNEDY | NIXON |
|---|---|---|
| 1 | 0 | 99 |
| 2 | 353 | 454 |
| 3 | 315 | 566 |
| 4 | 121 | 179 |
| 5 | 337 | 215 |
| 6 | 476 | 520 |
| 7 | 1043 | 1405 |
| 8 | 1020 | 1160 |
| 9 | 70 | 86 |
| 10 | 41 | 189 |
| 11 | 76 | 159 |
| 12 | 253 | 281 |
| 13 | 531 | 342 |
| TOTALS | 4636 | 5655 |

<u>SCHEDULE B</u>

<u>STATE OF HAWAII</u>

| <u>DISTRICT</u> | <u>KENNEDY</u> | <u>NIXON</u> |
|---|---|---|
| 1 | 1089 | 928 |
| 2 | 6258 | 6657 |
| 3 | 1518 | 1209 |
| 4 | 1545 | 2139 |
| 5 | 1147 | 1318 |
| 6 | 1041 | 1266 |
| 7 | 6261 | 7582 |
| 8 | 8239 | 8674 |
| 9 | 3512 | 3294 |
| 10 | 9342 | 6234 |
| 11 | 7020 | 4293 |
| 12 | 4559 | 4655 |
| 13 | 4253 | 2700 |
| 14 | 7578 | 6949 |
| 15 | 10453 | 13043 |
| 16 | 7775 | 7173 |
| 17 | 6184 | 8526 |
| 18 | 4636 | 5655 |
| TOTALS | 92410 | 92295 |

*I do hereby certify that the foregoing is a full, true and correct copy of the original on file in this office.*

M. Young

**Clerk, Circuit Court, First Circuit, State of Hawaii**

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT

STATE OF HAWAII

CIVIL NO. 7029

HERMAN T. F. LUM, ERNEST I. MURAI,
DOLORES MARTIN, WILLIAM R. NORWOOD,
HUNG LEONG CHING, EDITH DeMATTA,
JAMES H. KAMO, H. TUCKER GRATZ,
JEAN SHARPLESS, T. S. GOO, TADAO
BEPPU, ROBERT C. GILKEY, MITSUYUKI
KIDO, RICHARD KAGEYAMA, DUKE KAWASAKI,
REVOCATO MEDINA, WALTER M. HEEN,
RUPERT R. WEBB, LOUIS LE BARON,
MILDRED CURLEY, KAIPO KAUHANE, DENISE
CHU, JOSHUA CHU, SHIZUE KASHIMA,
JOE MOTTL, BERTRAM KANBARA, HARRY G.
ALBRIGHT, SAM TANNA, HIROSHI KATO and
THOMAS P. GILL

        Complainants

     vs.

GAVIEN A. BUSH, O. P. SOARES and
J. HOWARD WORRALL, PRESIDENTIAL
ELECTORS, MRS. JAMES BEATTY, CHRIS
HOLT, DAVID KAHOOKELE, ARTHUR KAU,
TETSUICHI KURATA and HENRY YAMASHITA,
ALTERNATE PRESIDENTIAL ELECTORS, and
JAMES K. KEALOHA AS LIEUTENANT GOVERNOR
OF THE STATE OF HAWAII

        Defendants

1ST CIRCUIT COURT
STATE OF HAWAII
FILED
1960 DEC 30  PM 3  45
M. H. Young
CLERK

JUDGMENT

R. G. DODGE
ALVIN SHIM
For Complainants

H. RODGER BETTS
Acting Attorney General
For certain Defendants

O. P. SOARES

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT

STATE OF HAWAII

CIVIL NO. 7029

HERMAN T. F. LUM, ERNEST I. MURAI,
DOLORES MARTIN, WILLIAM R. NORWOOD,
HUNG LEONG CHING, EDITH DeMATTA,
JAMES H. KAMO, H. TUCKER GRATZ,
JEAN SHARPLESS, T. S. GOO, TADAO
BEPPU, ROBERT C. GILKEY, MITSUYUKI
KIDO, RICHARD KAGEYAMA, DUKE KAWASAKI,
REVOCATO MEDINA, WALTER M. HEEN,
RUPERT R. WEBB, LOUIS LE BARON,
MILDRED CURLEY, KAIPO KAUHANE, DENISE
CHU, JOSHUA CHU, SHIZUE KASHIMA,
JOE MOTTL, BERTRAM KANBARA, HARRY G.
ALBRIGHT, SAM TANNA, HIROSHI KATO and
THOMAS P. GILL

       Complainants

    vs.

GAVIEN A. BUSH, O. P. SOARES and
J. HOWARD WORRALL, PRESIDENTIAL
ELECTORS, MRS. JAMES BEATTY, CHRIS
HOLT, DAVID KAHOOKELE, ARTHUR KAU,
TETSUICHI KURATA and HENRY YAMASHITA,
ALTERNATE PRESIDENTIAL ELECTORS, and
JAMES K. KEALOHA AS LIEUTENANT GOVERNOR
OF THE STATE OF HAWAII

       Defendants

_____

## JUDGMENT

   Pursuant to the Findings of Fact and Conclusions of
Law heretofore filed herein,

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that
William Heen, Delbert Metzger and Jennie Wilson, the

-1-

nominees of the Democratic Party for Presidential Electors of the State of Hawaii, received a majority of the votes in the general election on November 8, 1960, in the State of Hawaii, for the election of Presidential Electors and alternate Presidential Electors of the State of Hawaii and in said general election were duly elected as the Presidential Electors of the State of Hawaii to elect a President of the United States of America to hold office for a term of four years from January 20, 1961; that John Silva and Sam David, the nominees of the Democratic Party for alternate Presidential Electors of the State of Hawaii for William Heen, received a majority of the votes in the general election on November 8, 1960, in the State of Hawaii for the election of Presidential Electors and alternate Presidential Electors of the State of Hawaii and in said general election were duly elected as the alternate Presidential Electors of the State of Hawaii for William Heen to elect a President of the United States of America to hold office for a term of four years from January 20, 1961; that Ernest Uu and Charles Thompson, the nominees of the Democratic Party for alternate Presidential Electors of the State of Hawaii for Delbert Metzger, received a majority of the votes in the general election on November 8, 1960, in the State of Hawaii for the election of Presidential Electors and alternate Presidential Electors of the State of Hawaii and in said general election were duly elected as alternate Presidential Electors of the State of Hawaii for Delbert Metzger to elect a President of the United States of America to hold office for a term of four years from January 20, 1961; that John

-2-

Party for alternate Presidential Electors for Jennie Wilson, received a majority of the votes in the general election on November 8, 1960, in the State of Hawaii for the election of Presidential Electors and alternate Presidential Electors of the State of Hawaii and in said general election were duly elected as alternate Presidential Electors of the State of Hawaii for Jennie Wilson to elect a President of the United States of America to hold office for a term of four years from January 20, 1961; and that in the general election on November 8, 1960, in the State of Hawaii for the election of Presidential Electors and alternate Presidential Electors of the State of Hawaii, no other person received a majority of the votes for any such office or was elected to any such office.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that in said general election on November 8, 1960, in the State of Hawaii, the total number of valid votes for the nominees of the Democratic Party for Presidential Electors and alternate Presidential Electors was 92,410 valid votes and the total number of valid votes for the nominees of the Republican Party for the Presidential Electors and alternate Presidential Electors was 92,295; and that in said general election no other person received a valid vote for Presidential Elector or alternate Presidential Elector.

Dated: Honolulu, Hawaii, this 30th day of December, 1960.

Ronald B. Jamieson
Judge of the above entitled Court

-3-

I do hereby certify that the foregoing is a full, true and correct copy of the original on file in this office.