# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE STATE OF GEORGIA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHAWN STILL ) <br> ) <br> Defendant. ) <br> ) | CIVIL CASE NO. <br> 1:23-CV-03792-SCJ <br><br> **(Removed from the Superior Court of Fulton County, Criminal Action File No. 23SC188947)** |

## NOTICE OF WAIVER OF RIGHT TO APPEAR
## AT EVIDENTIARY HEARING

Defendant Shawn Still hereby waives his right to be personally present in open court upon the hearing concerning his Notice of Removal. On August 24, 2023, Defendant removed this action from the Superior Court of Fulton County to the United States District Court for the Northern District of Georgia. (ECF No. 1.) Pursuant to 28 U.S.C. § 1455(b)(5), the Court set Defendant's evidentiary hearing for September 20, 2023, at 9:30 a.m. (the "Hearing"). (ECF Nos. 2, 13.)

Defendant has been advised by counsel of his Sixth Amendment right to personally appear at the Hearing. Defendant freely and voluntarily waives that right. Defendant requests that the Court proceed during his absence and agrees that his interests will be deemed represented at the Hearing by the presence of his attorney the same as if Defendant himself was personally present in Court.

Respectfully submitted this 15th day of September, 2023.

                                               */s/ Thomas D. Bever*
                                               Thomas D. Bever
                                               Georgia Bar No. 055874
                                               W. Cole McFerren
                                               Georgia Bar No. 409248
                                               SMITH, GAMBRELL & RUSSELL, LLP
                                               1105 W. Peachtree Street, N.E.
                                               Suite 1000
                                               Atlanta, GA 30309
                                               Telephone: (404) 815-3500
                                               tbever@sgrlaw.com
                                               cmcferren@sgrlaw.com

                                               *Counsel for Defendant Shawn Still*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| THE STATE OF GEORGIA | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL CASE NO. |
| | ) | 1:23-CV-03792-SCJ |
| v. | ) | |
| | ) | **(Removed from the Superior Court of Fulton County, Criminal Action File No. 23SC188947)** |
| SHAWN STILL | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE
## AND COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that on the date set forth below, a true and accurate copy of the foregoing, which has been prepared using 14-point Times New Roman font, was filed electronically with the clerk of the United States District Court for the Northern District of Georgia. Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF-registered parties. Parties may access this filing through the Court's CM/ECF system.

This the 15th day of September, 2023.

>                    */s/ Thomas D. Bever*
>                    Thomas D. Bever
>                    Georgia Bar No. 055874
>                    W. Cole McFerren

Georgia Bar No. 409248
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree Street, N.E.
Suite 1000
Atlanta, GA 30309
Telephone: (404) 815-3500
tbever@sgrlaw.com
cmcferren@sgrlaw.com

*Counsel for Defendant Shawn Still*