IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STATE OF GEORGIA<br><br>v.<br><br>DAVID JAMES SHAFER,<br>    Defendant. | CIVIL ACTION FILE<br><br>No. 1:23-CV-3720-SCJ |
| STATE OF GEORGIA<br><br>v.<br><br>SHAWN MICAH TRESHER STILL,<br>    Defendant. | CIVIL ACTION FILE<br><br>No. 1:23-CV-3792-SCJ |
| STATE OF GEORGIA<br><br>v.<br><br>CATHLEEN A. LATHAM,<br>    Defendant. | CIVIL ACTION FILE<br><br>No. 1:23-CV-3803-SCJ |

## ORDER

The Defendants in all three cases have filed waivers of appearance for the September 20, 2023 Coordinated Hearing. Georgia v. David James Shafer, 1:23-cv-3720-SCJ, Doc. No. [17] (Sept. 18, 2023); Georgia v. Shawn Micah Tresher Still, 1:23-cv-3792-SCJ, Doc. No. [18] (Sept. 15, 2023); Georgia v. Cathleen A. Latham, 1:23-cv-3803-SCJ, Doc. No. [17] (Sept. 18, 2023). These notices of waiver are written and signed by counsel. Because the Defendants do not sign them, the Court deems these notices insufficient.

If the Defendants still wish to waive their presence at the September 20, 2023 Coordinated Hearing, the Court **ORDERS** the Parties to file Declarations of Waiver that are signed by the individual defendant, not their attorneys, before **9:00 AM on SEPTEMBER 20, 2023.**

IT IS SO ORDERED this 18th day of September, 2023.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

2