AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
SEP 18 2023
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| STATE OF GEORGIA ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-03792-SCJ |
| SHAWN MICAH TRESHER STILL ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STATE OF GEORGIA.

Date: 09/15/2023

/s/ Nathan J. Wade
*Attorney's signature*

Nathan J. Wade Ga Bar 390947
*Printed name and bar number*
Fulton County District Attorney's Office
136 Pryor St. SW, 3rd Floor
Atlanta, GA 30303

*Address*

nathanwade@lawyer.com
*E-mail address*

(404) 612-3253
*Telephone number*

*FAX number*