IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE STATE OF GEORGIA, <br><br> Plaintiff, <br><br> v. <br><br> SHAWN STILL, <br><br> Defendant. | CIVIL CASE NO. <br> 1:23-CV-03792-SCJ <br><br> (Removed from the Superior Court of Fulton County, Criminal Action File No. 23SC188947) |

## DECLARATION OF WAIVER OF RIGHT TO APPEAR AT EVIDENTIARY HEARING

I, Shawn Still, hereby waive my right to be personally present in open court at the hearing concerning my Notice of Removal on September 20, 2023, at 9:30 a.m. (the "Evidentiary Hearing").

I have been advised by my legal counsel of my right to personally appear at all hearings in my case, including the Evidentiary Hearing. I freely, knowingly, and voluntarily waive my right to appear at the Evidentiary Hearing.

This 19th day of September, 2023.

Respectfully submitted,

_____
Shawn Still
*Defendant*

/s/ *Thomas D. Bever*
Thomas D. Bever
Georgia Bar No. 055874
W. Cole McFerren
Georgia Bar No. 409248
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree Street, N.E.
Suite 1000
Atlanta, GA 30309
Telephone: (404) 815-3500
tbever@sgrlaw.com
cmcferren@sgrlaw.com

*Counsel for Defendant Shawn Still*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| THE STATE OF GEORGIA | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL CASE NO. |
| | ) | 1:23-CV-03792-SCJ |
| v. | ) | |
| | ) | **(Removed from the Superior Court** |
| SHAWN STILL | ) | **of Fulton County, Criminal Action** |
| | ) | **File No. 23SC188947)** |
| Defendant. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**
**AND COMPLIANCE WITH LOCAL RULE 5.1**

The undersigned hereby certifies that on the date set forth below, a true and accurate copy of the foregoing, which has been prepared using 14-point Times New Roman font, was filed electronically with the clerk of the United States District Court for the Northern District of Georgia. Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF-registered parties. Parties may access this filing through the Court's CM/ECF system.

This the 19th day of September, 2023.

/s/ Thomas D. Bever
Thomas D. Bever
Georgia Bar No. 055874
W. Cole McFerren

3

Georgia Bar No. 409248
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree Street, N.E.
Suite 1000
Atlanta, GA 30309
Telephone: (404) 815-3500
tbever@sgrlaw.com
cmcferren@sgrlaw.com

*Counsel for Defendant Shawn Still*