# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE STATE OF GEORGIA, ) | |
| ) | CIVIL ACTION NO. |
| ) | 1:23-CV-03792-SCJ |
| ) | |
| v.  ) | |
| ) | RE: NOTICE OF REMOVAL |
| ) | OF FULTON COUNTY |
| ) | SUPERIOR COURT |
| SHAWN MICAH TRESHER STILL, ) | INDICTMENT NO. |
| ) | 23SC188947 |
| Defendant.  ) | |

## STATE OF GEORGIA'S RESPONSE TO DEFENDANT'S TENDER OF EXHIBITS 4 AND 5 AT SEPTEMBER 20, 2023 HEARING

Defendant Still tendered Defendants' Exhibit 4 (purporting to be an excerpt from a 1961 Congressional Record volume) and Exhibit 5 (documents purporting to be certified records of the 1960 disputed Hawaii election contest) at the evidentiary hearing held September 20, 2023.  As those exhibits had not been provided to the State prior to the hearing, the Court permitted the State time to review the exhibits to determine its position on the admission of both exhibits.

Based on the post-hearing representation by opposing counsel as to the source of the excerpt represented in **Exhibit 4** (Congressional Record), the State has no objection to its admission.   The State, however, does object to the admission of the **Exhibit 5** insofar as the documents have handwritten notes and

comments in the margin.  The State has no objection to the portions of Exhibit 5 that contain no handwritten notes, nor does the State have an objection to Defendant Still being provided an opportunity to redact the comments or provide a certified copy of the court file directly from the Circuit Court of the First Judicial Circuit of Hawaii (as opposed to the tendered copy that came from the John. F. Kennedy Presidential Library, per the representation of opposing counsel).

Respectfully submitted, this 21st day of September 2023.

**FANI T. WILLIS**
**DISTRICT ATTORNEY**
**ATLANTA JUDICIAL CIRCUIT**

*/s/ Anna Green Cross*
Anna Green Cross
Special Prosecutor
Atlanta Judicial Circuit
Georgia Bar No. 306674
136 Pryor Street SW, Third Floor
Atlanta, Georgia 30303
anna@crosskincaid.com


F. McDonald Wakeford
Chief Senior Assistant District Attorney
Atlanta Judicial Circuit
Georgia Bar No. 414898
136 Pryor Street SW, Third Floor
Atlanta, Georgia 30303
Fmcdonald.wakeford@fultoncountyga.gov

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel hereby certifies that this pleading complies with the Local Rules of this Court, including Local Rules 5.1.C and 7.1.D (N.D. Ga.) in that it is double-spaced and composed in 14-point Times New Roman font.

This 21st day of September 2023.

>                          */s/ Anna Green Cross*
>                               Anna Green Cross
>                               Special Prosecutor
>                               Atlanta Judicial Circuit
>                               Georgia Bar No. 306674