IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STATE OF GEORGIA,<br><br>v.<br><br>DAVID J. SHAFER,<br>  Defendant. | CIVIL ACTION FILE<br><br>No. 1:23-CV-3720-SCJ |
| STATE OF GEORGIA,<br><br>v.<br><br>SHAWN MICHAH TRESHER STILL,<br>  Defendant. | CIVIL ACTION FILE<br><br>No. 1:23-CV-3792-SCJ |
| STATE OF GEORGIA,<br><br>v.<br><br>CATHLEEN ALSTON LATHAM,<br>  Defendants. | CIVIL ACTION FILE<br><br>No. 1:32-CV-3803-SCJ |

## ORDER

At the coordinated hearing, Defendants tendered Defendants' Exhibits 4 and 5 and the State requested an additional day to file objections to the exhibits.

The Court received the Parties' briefing on the exhibits and objections thereto (Doc. Nos. [26], [27]).

The State does not object to Defendant's Exhibit 4. Accordingly, Defendants Exhibit 4 is **ADMITTED**.

The State objects to the admission of Defendants Exhibit 5 because the document contains handwritten notes. Doc. No. [27], 1–2. Defendants obtained Defendants Exhibit 5 from the Archives of the John F. Kennedy Presidential Library and Museum, and the document in its original form contains the handwritten notes. Doc. No. [26], 2–3. The notes are from Judge Ronald B. Jamieson, who presided over the case. Id. at 4. Accordingly, the Court finds that the document is admissible, and the notes need not be redacted. The Court **ADMITS** Defendants Exhibit 5 over the State's objections.

IT IS SO ORDERED this 21st day of September, 2023.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE