# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3361**

| | |
|---|---|
| **KEVIN P. WEIMER**<br>**DISTRICT COURT EXECUTIVE**<br>**AND CLERK OF COURT** | **DOCKETING SECTION**<br>**404-215-1655** |

September 29, 2023

Superior Court of Fulton County 136
Pryor Street SW, Suite J2-640
Atlanta, GA 30303

Re:    The State of Georgia v. Still
       Our Case Number:  1:23-cv-03792-SCJ
       Your Case Number:  23SC188947

Dear Clerk:

     Enclosed is a certified copy of an order entered by this court in the above-styled
action remanding said action to your court.

                                        Sincerely,

                                        Kevin P. Weimer
                                        District Court Executive and
                                        Clerk of Court

                              By:   s/Shane Gazaway
                                    Deputy Clerk

Enclosure


**THIS LETTER AND ORDER IS A COURTESY COPY ONLY AND IS NOT TO BE
MAILED BACK TO THE UNITED STATES DISTRICT COURT.**