## Details - Case # 23SC188947 - Envelope # 13278475

### Envelope

**Envelope ID**
13278475

**Submitted by**

**Username**

### Case Information

**Court Location**
Fulton - Superior - EJ15

**Case Type**
GC-GENERAL COMPLEX

**Case Category**
Criminal

**Judge**
MCAFEE, SCOTT

### Parties

| Party Type | Party Name | Lead Attorney |
|---|---|---|
| DEFENDANT | Shawn Micah Tresher Stiles | Thomas Dean Bever, W COLE MCFERREN |
| PLAINTIFF | The State of Georgia | Nathan Wade, Anna Cross, John E Floyd, DAYSHA YOUNG, ADAM S NEY, ALEX BERNICK, FRANCIS MCDONALD WAKEFORD, GRANT H ROOD, WILL WOOTEN |
| NON PARTY | The Atlanta Journal-Constitution | LESLIN GAITHER, Thomas Maciver Clyde |
| SURETY | FULTON COUNTY PRETRIAL | |

### Filings

**Filing Code**
NOTICE

**Filing Type**

**Filing Description**

**Client Ref #**



## Fees

**Payment account**
Clerk, U.S. District Court, Northern Georgia

**Party responsible**
Shawn Micah Tresher St

**Filing attorney**

**Order ID**

**Transaction Response**

**Transaction Amount**
$0.00

**Transaction ID**

**Total** $0.00
**Waiver Selected**