# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **STATE OF GEORGIA** | **Case Number:** |
| **v.** | **1:23-cv-03792-SCJ** |
| **SHAWN STILL,** | |
| **Defendant.** | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Shawn Still appeals to the U.S. Court of Appeals for the Eleventh Circuit from the Order, (ECF No. 31), issued by Judge Steve C. Jones on September 29, 2023, in the above-referenced case.

Respectfully submitted, this 6th day of October, 2023.

/s/ Thomas D. Bever
Thomas D. Bever
Georgia Bar No. 055874
W. Cole McFerren
Georgia Bar No. 409248
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree Street, N.E.
Suite 1000
Atlanta, GA 30309
Telephone: (404) 815-3500
tbever@sgrlaw.com
cmcferren@sgrlaw.com

*Counsel for Defendant Shawn Still*

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **STATE OF GEORGIA** | **Case Number:** |
| **v.** | **1:23-cv-03792-SCJ** |
| **SHAWN STILL,** | |
| **Defendant.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth below, a true and accurate copy of the foregoing Notice of Appeal was filed electronically with the U.S. District Court for the Northern District of Georgia through the Court's ECF system, which will send notice of this filing to all counsel of record.

This the 6th day of October, 2023.

/s/ *Thomas D. Bever*
Thomas D. Bever
Georgia Bar No. 055874
W. Cole McFerren
Georgia Bar No. 409248
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree Street, N.E.
Suite 1000
Atlanta, GA 30309
Telephone: (404) 815-3500
tbever@sgrlaw.com
cmcferren@sgrlaw.com

*Counsel for Defendant Shawn Still*

2